Exhibit A

Int. Cls.: 16, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 37, 39 and 41

**United States Patent and Trademark Office**

Renewal

Reg. No. 876,292
Registered Sep. 9, 1969
OG Date Aug. 29, 1989

## TRADEMARK
## PRINCIPAL REGISTER

## GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH STREET
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY, IN CLASS 2 (INT. CL. 21).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET CASES SOLD EMPTY AND SHOE BAGS, IN CLASS 3 (INT. CL. 18).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS, AND A LEATHER TRAY, IN CLASS 37 (INT. CL. 16).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: SHOES AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

FOR: UMBRELLAS, IN CLASS 41 (INT. CL. 18).

FIRST USE 12–20–1953; IN COMMERCE 12–20–1953.

SER. NO. 300,192, FILED 6–11–1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 959,338

Registered May 22, 1973

Renewal Term Begins May 22, 1993

## TRADEMARK
## PRINCIPAL REGISTER

## GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH AVENUE
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 876,292.

FOR: WATCHES, IN CLASS 27 (INT. CL. 14).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1957.

SER. NO. 72-420,356, FILED 4-4-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 1, 1993.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 972,078
Registered Oct. 30, 1973
Renewal Term Begins Oct. 30, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

## GUCCI

GUCCI AMERICA, INC. (NEW YORK
  CORPORATION)
50 HARTZ WAY
SECAUCUS, NJ 07094, BY CHANGE OF
  NAME FROM GUCCI SHOPS INC.
  (NEW YORK CORPORATION) NEW
  YORK, NY

OWNER OF U.S. REG. NO. 876,292.

FOR: RETAIL APPAREL, JEWELRY
AND LEATHER GOODS STORE SERV-
ICES, IN CLASS 101 (INT. CL. 42).

FIRST USE 12–20–1953; IN COMMERCE
12–20–1953.

SER. NO. 72–421,386, FILED 4–14–1972.

*In testimony whereof I have hereunto set my hand
and caused the seal of The Patent and Trademark
Office to be affixed on Jan. 18, 1994.*

**COMMISSIONER OF PATENTS AND TRADEMARKS**

Int. Cl.: 16

Prior U.S. Cl.: 37

## United States Patent and Trademark Office

Reg. No. 1,093,769
Registered June 20, 1978

## TRADEMARK
### Principal Register

# GUCCI

Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.  10022

For: PENS, in CLASS 16 (U.S. CL. 37).
First use Oct. 21, 1975; in commerce Aug. 3, 1976.
Owner of Reg. Nos. 876,292, 972,078, and others.

Ser. No. 129,001, filed June 3, 1977.

D. C. REIHNER, Examiner

Int. Cl.: 3

Prior U.S. Cl.: 51

## United States Patent and Trademark Office

Reg. No. 1,140,598
Registered Oct. 21, 1980

## TRADEMARK
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: PERFUME; AFTER-SHAVE LOTION; AND COLOGNE, in CLASS 3 (U.S. Cl. 51).

First use Oct. 31, 1972; in commerce Nov. 16, 1972.

Owner of U.S. Reg. Nos. 876,292 and 1,007,216.

Ser. No. 201,929, filed Jan. 29, 1979.

M. MERCHANT, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,168,477
Registered Sep. 8, 1981

## TRADEMARK
### Principal Register

# GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: NECKTIES; SCARVES; BELTS; FOOT-
WEAR; SHIRTS; SWEATERS; COATS; SUITS;
DRESSING GOWNS; HATS; SOCKS; DRESSES
AND BATHING SUITS, in CLASS 25 (U.S. Cl.
39).

First use Sep. 1920; in commerce Dec. 1953.

Owner of U.S. Reg. Nos. 876,292, 972,078 and
others.

Ser. No. 219,348, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

**Reg. No. 1,169,019**
Registered Sep. 15, 1981

### TRADEMARK
**Principal Register**

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASS CASES, in CLASS 9 (U.S. Cl. 26).

First use Oct. 1918; in commerce Dec. 1953.

Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,347, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Int. Cl.: 6

Prior U.S. Cl.: 13

## United States Patent and Trademark Office

Reg. No. 1,168,922
Registered Sep. 15, 1981

### TRADEMARK
**Principal Register**

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: KEY RINGS, in CLASS 6 (U.S. Cl. 13).
First use Jul. 1918; in commerce Dec. 1953.
Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,350, filed Jun. 12, 1979.

JEFFREY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Int. Cl.: 14

Prior U.S. Cl.: 28

Reg. No. 1,200,991

**United States Patent and Trademark Office**     Registered Jul. 13, 1982

## TRADEMARK
**Principal Register**

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: BRACELETS, RINGS, NECKLACES, CUFFLINKS, PENDANTS, PINS, MONEY CLIPS, KEYRINGS, AND PILL BOXES, ALL MADE WHOLLY OR IN PART OF PRECIOUS METAL, in CLASS 14 (U.S. Cl. 28).

First use Mar. 1, 1954; in commerce Mar. 1, 1954.

Owner of U.S. Reg. Nos. 972,078, 1,132,675 and others.

Sec. 2(f).

Ser. No. 270,300, filed Jul. 15, 1980.

J. H. WEBB, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,202,802
Registered Jul. 27, 1982

### TRADEMARK
**Principal Register**

# GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: CLOTHING, MADE WHOLLY OR PAR-
TIALLY OF FUR—NAMELY, FUR COATS, FUR
TRIMMED COATS, FUR LINED COATS, FUR
AND FUR LINED JACKETS, FUR CAPES, FUR
PONCHOS, FUR BOOTS, FUR HATS, FUR
PANTS, in CLASS 25 (U.S. Cl. 39).

First use 1955; in commerce Dec. 9, 1969.

Owner of U.S. Reg. Nos. 876,292, 972,078 and
others.

Sec. 2(f).

Ser. No. 239,651, filed Nov. 19, 1979.

R. S. BREN, Primary Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,321,864
Registered Feb. 26, 1985

## TRADEMARK
### Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASSES AND PARTS THEREFOR, in CLASS 9 (U.S. Cl. 26).
First use May 6, 1983; in commerce Sep. 12, 1983.
Owner of U.S. Reg. No. 1,169,019.
Sec. 2(f).

Ser. No. 448,904, filed Oct. 20, 1983.

LAURA ELLEN DAVIS, Examining Attorney

**Int. Cl.: 14**

**Prior U.S. Cl.: 28**

Reg. No. 1,340,599

## United States Patent and Trademark Office   Registered June 11, 1985

### TRADEMARK
### PRINCIPAL REGISTER

## GUCCI

GUCCI SHOPS, INC. (NEW YORK CORPORA-
   TION)
685 FIFTH AVE.
NEW YORK, NY 10022

   FOR:   JEWELRY—NAMELY,   EARRINGS,
COLLAR  BARS  AND  TIE  BARS  MADE
WHOLLY OR IN PART OF PRECIOUS METAL,
IN CLASS 14 (U.S. CL. 28).

FIRST   USE   1–0–1977;   IN   COMMERCE
1–0–1977.
   OWNER OF U.S. REG. NO. 1,200,991.
   SEC. 2(F).

SER. NO. 455,011, FILED 12–1–1983.

LAURA ELLEN DAVIS, EXAMINING ATTOR-
   NEY

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

## United States Patent and Trademark Office

Reg. No. 1,122,780
Registered July 24, 1979

## TRADEMARK
**Principal Register**



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.  10022

For: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, PASSPORT CASES, COSMETIC CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, NECKTIE CASES, U M B R E L L A S, SADDLES, BRIDLES, WALKING STICKS, CANES, AND KEY CASES, in CLASS 18 (U.S. CLS. 3 and 41).

First use July 1963; in commerce July 1963.

The mark is made up of a stripe containing three distinct bands of colors, the colors being green, red then green.

Ser. No. 150,482, filed Dec. 1, 1977.

G. E. PENCE, Examiner

Int. Cl.: 14

Prior U.S. Cl.: 27, 28

## United States Patent and Trademark Office

Reg. No. 1,123,224
Registered July 31, 1979

## TRADEMARK
### Principal Register



Gucci Shops, Inc. (New York corporation)
689 5th Ave.
New York, N.Y.    10022

For: GOODS MADE OR COATED WITH PRE-
CIOUS METAL—NAMELY, CANDLE HOLDERS,
WATCHES, CUFFLINKS, BRACELETS, PENDANTS,
KEY RINGS, PAPERWEIGHTS, EARRINGS, RINGS,
NECKLACES, ICE BUCKETS, GOBLETS, STYLIZED
ANIMAL CONTAINERS AND LETTER OPENERS—
in CLASS 14 (U.S. CLS. 27 and 28).

First use August 1967; in commerce August 1967.

The mark is made of a stripe containing three distinct
bands of color, the colors being green, red, then green.

Ser. No. 150,483, filed Dec. 1, 1977.

G. E. PENCE, Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

## United States Patent and Trademark Office

Reg. No. 1,483,526
Registered Apr. 5, 1988

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 5TH AVENUE
NEW YORK, NY 10022 , BY CHANGE OF NAME
FROM GUCCI SHOPS, INC. (NEW YORK
CORPORATION) NEW YORK, NY 10022

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1967; IN COMMERCE
9–0–1967.
OWNER OF U.S. REG. NOS. 1,122,570, 1,159,775
AND OTHERS.

THE MARK IS LINED FOR THE COLORS
RED AND GREEN.

THE MARK IS MADE UP OF A STRIPE CON-
TAINING THREE BANDS OF COLOR, THE
COLORS BEING GREEN, RED THEN GREEN.

SEC. 2(F).

SER. NO. 562,496, FILED 10–10–1985.

CRAIG K. MORRIS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

## United States Patent and Trademark Office

Reg. No. 2,680,237
Registered Jan. 28, 2003

### TRADEMARK
#### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28
AND 50).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

OWNER OF U.S. REG. NOS. 1,106,772, 1,236,415
AND OTHERS.

THE MARK CONSISTS OF A REPEATING PAT-
TERN THAT INCLUDES THE LETTERING "GG".

SER. NO. 76-326,177, FILED 10-17-2001.

SCOTT OSLICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,072,547
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: NECKTIES, SCARVES, BELTS, FOOTWEAR
AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,399, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,072,549
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
BUSINESS CARD CASES, CREDIT CARD CASES,
PARTLY AND WHOLLY OF LEATHER, KEY
CASES, COSMETIC CASES SOLD EMPTY, BRIEF-
CASES, ATTACHÉ CASES, VALISES, SUITCASES

AND DUFFLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,519, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

Exhibit B



