Exhibit C





*You are cordially invited to view the*

*Collezione Di Casa*

*Designed by*

# JENNIFER GUCCI



*June 19-21, 2007*

*Vendor New York Showroom*

561 Fifth Ave.
New York, NY 10016
(212) 447-1440

*Collezione Di Casa*

Exhibit D

Home Textiles Today Print Page                                                                                                  Page 1 of 2



« Back | Print

## Veratex Teams with Jennifer Gucci

*By Carole Sloan -- Home Textiles Today, 2/10/2007*

**Panorama City, Calif.** — Jennifer Gucci, a former member of the Gucci family renowned for their leather goods and accessories, has signed a licensing agreement with Veratex to produce a home furnishings collection.

"I'm basically starting from scratch, and it will be Englishy in feeling," Gucci explained. "I love the '30s with the clean lines; and I adore flowers, so both elements will be involved," she related. Overall, she noted, the collection will lean toward feminine looks, "but I wont discriminate toward men."

Discussing her home fashions favorites, Gucci said, "My favorite colors are yellows. My house in Marbella, Spain is all in yellow — it's so warm and sunny." In contrast she noted, "My ex-husband — the late Paolo Gucci — loved purple." Polka dots are one of her favorites and "I don't like the super chic and modern."

Gucci, who will be at market this week in the Veratex New York showroom, said that she picked the home arena over apparel "because fashion is flooded now." She added, "I want to do something in the middle [of price points] and things that are easy to put together. I'm a great believer in coordination."

Veratex has the master license for home with the complete textiles segment, including bed, bath, rugs, window, and bath accessories — as the first objective. "Soft home is the primary area "to begin with" said Ed Litwak, Gucci's licensing manager. "We will start talking with furniture companies, and Veratex has the option to develop silverware and dinnerware."

Veratex is developing the bedding, window, rugs, towels, and bath accessories, said Avi Cohen, company ceo. "We also are talking with other textiles companies in specialty areas like pillows, comforters, and down."

Distribution, Cohen said, "will be wide — specialty stores, department stores, big boxes — virtually all retail channels."

While the license is global, "We will design everything here for global distribution," Cohen said. The first collection, Litwak added, "will have a classic look — not wild or specifically young or old in feeling — English with an Italian flair. We will bring in a design specialist for the program." And he added, "It will have a Gucci-esque look with some horse themes."

Veratex expects product to be market-ready three months after this week's market, with fall launches at retail. Price points are expected to be $199 to $249 for a queen bed.

Gucci is currently doing the soundtrack for a movie, using her operatic training. There is a TV mini-series in the works on the Gucci empire, Litwak added.

« Back | Print

© 2007, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.

http://www.hometextilestoday.com/index.asp?layout=articlePrint&articleID=CA6416977        7/27/2007

Print This Story                                                                 Page 1 of 1

 

July 28, 2007   **World of Garment - Textile - Fashion**

Home | Business Offers | Trade Stocklot | Directory | News | Market Watch | Articles | Used Machinery | Machinery | Fairs & Events | Jobs

 Print This Story

**United States Of America : Veratex presents entire Jennifer Gucci line at LIS**
Wednesday, July 4, 2007



Recently for the first time, at annual Licensing International Show (LIS) in New York, Veratex revealed all its Jennifer Gucci home textiles line, in a massive introduction covering more than 500 Stock Keeping Units (SKUs) in bedding, bath, and rugs.

Veratex, famous for integrated anthology of fabric and home textiles, sources its high quality fabrics from within the country and abroad.

Continual evolvement of new designs and fabrications in regular sateen sheets, developed an extensive range of innovative styles comprising chic contemporary patterns, elegant embroidery as well as comfortable casual fashions.

Display of around 15 beds along with synchronized products was one of the most striking affairs at the Veratex showroom.

Addressing people, Veratex President Avi Cohen said that Jennifer Gucci fashion bedding are made up of light fabrics that exude a fresh feel with sparing embellishments of a higher level. Fabrications comprise of sateen, cotton duck, jacquard with silk appliqué and embroidery on cotton, damask, are among the rest.

 Print This Story

Disclaimer | Enquiry | Sitemap | Our Services | Feedback / Comments

Copyright © 2007.
All rights reserved by
Sanblue Enterprises Pvt. Ltd.
For best view:
Use Internet Explorer 5.0+,
Screen resolution 800 x 600

   

http://www.fibre2fashion.com/news/printstory.asp?news_id=37273                    7/27/2007

Exhibit E

Private Label Natural Mineral Cosmetic Products / Manufacturing & Distribution,   Page 1 of 5



# Natural Cosmetic Manufacturer

Private Skinca

| HOME | ABOUT | HEALTH SECRETS | DESIGN | CONTACT | INQUIRY |

## News

**Special Additions**

### Veratex expands Jennifer Gucci Home

Van Nuys, Calif. – **Veratex** will hold a special market event in its New York showroom featuring its Jennifer Gucci Home Collection during Licensing International in New York, June 19 through 21.



**Jennifer Gucci Skin Care**

Gucci, a former member of the Italian Gucci family noted for their leather goods and accessories, signed a master license contract with Veratex earlier this year, and introduced some bedding, window coverings, and bath products during market week in February.



**Jennifer Gucci skin care line For Men**

The program now embraces mattresses with a worldwide license signed with Therapedic, and cosmetics with E. L. Erman, maker of private label spa lines. Negotiations are underway with a basic bedding supplier, a furniture supplier and a shoe manufacturer, said Avi Cohen, Veratex ceo.



**Jennifer Gucci bath products**

Later, the company will begin work to develop a licensing program in the tabletop segment.

http://www.buydeadsea.com/news_detail.asp?contentid=181    7/16/2007

Private Label Natural Mineral Cosmetic Products / Manufacturing & Distribution,    Page 2 of 5

Ads by Google

**Private Label Beauty**
Spa products, skin care, hair care, Fast Shipping - Low Minimums.
www.alternativebeauty.cor

**Dead Sea Skin Care Sale**
Facial Creams, Lotions, Body Mud, Bath Salt, Scrubs. Free Shipping!
www.cleopatraschoice.cor

**Dead-Sea Top Skin Care**
U.S Site Free Shipping Up To 50% Off On The Top Dead-Sea Brand.
www.Dead-Sea-Web.com

**Pure Dead Sea Products**
Free Nail Buffer & Free Shipping Anti-Aging, Mud, Salt Scrubs, Etc
www.puredeadseaproduct

Cohen said "We will not be showing Jennifer Gucci at the August New York Home Fashions market. Retailers who did not come to the showroom in June will be able to see photographs of the products."

In the home textiles segment, Veratex will feature at least 10 beds as well as product from Therapedic and E. L. Erman. "Cosmetics is a very powerful area," Cohen remarked. The comforter sets will retail between $199 and $229. Overall, Cohen observed, "We see European companies as having important potential for global licenses."

The collection is expected to be available at retail by the end of this year, and Peach Direct has already signed on for catalog, Cohen reported.

### Anti Aging (new additions)
New and innovative Anti Aging serums, a great addition to a serious skin care line. Extracted and formulated from the best active ingredients and contains over 150 active ingredients, rich in protein fractions and loaded with Flavonoids and tannins. All natural mineral skincare cosmetics can be bought as private label or wholsale for distributors.

### ACTIVE WHITENING PRODUCTS
Clinical approved, Dermatology approved, Hippo Allergenic cream. The most powerful active and effective whitening cream. Active whitening cream with natural active ingredients.

### Acne products
New anti-acne serums, the perfect solution for oily / prone skin. Specially formulated for prone skin, cleans thoroughly the skin, selected essential oils penetrates the folicilles to disolve the fat, anti bacterial,

Exhibit F

Home Textiles Today Print Page

Page 1 of



« Back | Print

## Louisville Bedding to debut Jennifer Gucci line

*By Staff – Home Textiles Today, 7/24/2007 11:44:00 AM*

Louisville, Ky. – Louisville Bedding Company (LBC) has entered into an agreement with Jennifer Gucci Home master licensor Veratex to debut a Jennifer Gucci branded line of basic bedding, including bed pillows, utility comforters, mattress pads and pillow protectors.

The complete line will be unveiled in the LBC showroom at 111 West 40th St. during the New York Home Fashions Summer Market to be held August 6-10.

"This is a special, more upscale line for us" said Scott Walters, national merchandise manager, LBC. "We're tailoring this line to the more discriminating consumer that is looking for higher thread counts, premium cottons, natural fill products, and higher end down alternative products."

The collection will comprise 400 thread count sateen, 600 thread count pima cotton sateen stripes, and 800 thread count basketweave jacquard made of Supima cotton. Bed pillows will feature premium down alternative fibers, as well as feather and down options. Coordinating mattress pads, down alternative comforters, and pillow protectors will round out the line.

« Back | Print

© 2007, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.



Advertisement

http://www.hometextilestoday.com/index.asp?layout=articlePrint&articleID=CA6462717    7/25/2007