Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

**07 CV 6820**
*Judge Berman*

*Attorneys for Plaintiff Gucci America, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

RECEIVED
JUL 3 0 2007
U.S.D.C. S.D. N.Y.
CASHIERS

GUCCI AMERICA, INC.,

               Plaintiff,

        - against -

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN -
DEAD SEA COSMETICS CORP., LOUISVILLE
BEDDING COMPANY, EDWARD LITWAK d/b/a
ED LITWAK & ASSOCIATES, ABC
CORPORATIONS 1-10, and JOHN DOES 1-10,

               Defendants.

------------------------------------------------------------ x

Civil Action No.

**RULE 7.1 STATEMENT**

     Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate

Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

plaintiff Gucci America, Inc. ("Gucci"), a private non-governmental corporate party, certify that

PPR Group, the ultimate corporate parent of Gucci, is a publicly held corporation that owns 10% or

more of Gucci.

Dated: New York, New York
      July 30, 2007

ARNOLD & PORTER LLP

By: _____
     Louis S. Ederer (LE 7574)
     John Maltbie (JM 3658)
     *Attorneys for Plaintiff*