BERMAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

GUCCI AMERICA, INC.,

    Plaintiff,

  - against -

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, VERATEX, INC.,
COLLEZIONE DI CASA, INC.,
E.L. ERMAN - DEAD SEA COSMETICS
CORP., LOUISVILLE BEDDING COMPANY,
EDWARD LITWAK, d/b/a ED LITWAK &
ASSOCIATES, ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

    Defendants.

------------------------------------------------------------- x

Civil Action No. 07 Civ. 6820(RMB)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/07
```

## ORDER TO SHOW CAUSE ON PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY PURSUANT TO FEDERAL RULES 26 AND 34

Upon reading and considering Plaintiff Gucci America, Inc. ("Gucci")'s Complaint in this action, and upon the declaration of Louis S. Ederer, Esq., dated July 30, 2007, and the exhibits attached thereto, together with the accompanying memorandum of law in support thereof, and there having been no prior request for the relief set forth herein, it is hereby:

ORDERED that Defendants Jennifer Gucci, Jenco Designs, LLC, Jennicor, LLC, Veratex, Inc., Collezione Di Casa, Inc., E.L. Erman - Dead Sea Cosmetics Corp., Louisville Bedding Company and Edward Litwak, d/b/a Ed Litwak & Associates show cause before the Honorable ~~Richard M. Berman~~ JAMES C. FRANCIS IV, a United States ~~District Court~~ MAGISTRATE Judge, in Courtroom 18-D of the United States District Court, 500 PEARL ST., New York, New York 10007, on the 3rd day of August, 2007 at 2:30 ~~a.m.~~/p.m., or as soon thereafter as counsel may be heard, why an order should not be entered pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure,

Civil Procedure, and the inherent and equitable powers of this Court, requiring the defendants to submit to limited expedited discovery, and in particular the following:

    (i)    the production of documents set out in Exhibits N - R attached to the Ederer declaration, such documents to be produced within three (3) business days following the entry by this Court of any order granting Gucci's motion for limited expedited discovery; and

    (ii)    the deposition of each of the defendants, such deposition to be limited to the topics set forth in Gucci's proposed deposition notices attached as Exhibits S - AA to the Ederer declaration, and to be completed within five (5) business days following the production of documents by all defendants.

IT IS FURTHER ORDERED that service of this Order to Show Cause, together with the Summons and Complaint and all motion papers filed in connection herewith, to each defendants' business locations and/or last known addresses, or upon the defendants' attorneys, sent by Federal Express, overnight delivery, no later than July 30, 2007, shall constitute good and sufficient service; and

IT IS FURTHER ORDERED that any answering papers shall be filed with the Court and served by Federal Express, overnight delivery, upon Gucci's attorneys, Arnold & Porter LLP, 399 Park Avenue, New York, New York 10022 (Attention: Louis S. Ederer, Esq.) by August 2, 2007.

Dated: New York, New York
    ~~July~~ Aug. 1, 2007

SO ORDERED:

_James C. Francis IV_
U.S.M.J.