UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC.

                Plaintiff,

- against -

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN – DEAD SEA COSMETICS CORP., LOUISVILLE BEDDING COMPANY, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

                Defendants.

**NOTICE OF APPEARANCE**

07 Civ. 6820

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD**:

Enter my appearance as counsel in this case on behalf of defendant Louisville Bedding Company. I certify that I am admitted to practice in the Southern District of New York.

Dated: New York, New York
       August 3, 2007

NIXON PEABODY LLP

By: _____
    Tamar Y. Duvdevani (TD-7603)

437 Madison Avenue
New York, New York 10022
(212) 940-3000

*Attorneys for Defendant
Louisville Bedding Company*

10244752.1