# United States District Court

__SOUTHERN__      DISTRICT OF      __NEW YORK__

GUCCI AMERICA, INC.,
           Plaintiff,

v.

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, VERATEX, INC., COLLEZIONE
DI CASA, INC., E.L. ERMAN - DEAD SEA
COSMETICS CORP., LOUISVILLE BEDDING
COMPANY, EDWARD LITWAK d/b/a ED LITWAK
& ASSOCIATES, ABC CORPORATIONS 1-10, and
JOHN DOES 1-10
           Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**07 CV 6820**

**Judge Berman**

TO: (Name and Address of Defendant)

See attached Schedule A.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

**Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022**

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

JUL 3 0 2007

DATE

(BY) DEPUTY CLERK

## SCHEDULE A

1. Jennifer Gucci
   c/o Jennicor, LLC
   81 Main Street, Suite 215
   White Plains, New York 10601

2. Jenco Designs, LLC
   c/o The Company Corporation (registered agent)
   2711 Centerville Road, Suite 400
   Wilmington, Delaware 19808

3. Jennicor, LLC
   81 Main Street, Suite 215
   White Plains, New York 10601

4. Veratex, Inc.
   14000 Arminta Street
   Van Nuys, California 91402

5. Collezione di Casa, Inc.
   c/o Veratex, Inc.
   14000 Arminta Street
   Van Nuys, California 91402

6. E.L. Erman - Dead Sea Cosmetics Corp.
   31238 Via Colinas
   Westlake, California 91361

7. Louisville Bedding Company
   10400 Bunsen Way
   Louisville, Kentucky 40299

8. Edward Litwak d/b/a Ed Litwak and Associates
   12868 Via Latina
   Del Mar, California 92014

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 6820

Date Filed: _____

Plaintiff:
**GUCCI AMERICA, INC.**

vs.

Defendant:
**JENNIFER GUCCI, et al.**

Received by ASK Litigation Support, Inc. to be served on **JENNIFER GUCCI, c/o Jennicor, LLC, 81 Main St., Suite 215, White Plains, NY 10601**.

I, Simon Kahn, being duly sworn, depose and say that on the **1st day of August, 2007** at **11:45 am**, I:

Attempted, but was unable to serve the **Summons & Complaint, Civil Cover Sheet with Schedule A, Rule 7.1 StatementMemo of Law, Order to Show Cause** for the following reason(s): Attorneys no longer represent Defendant.

**Additional Information pertaining to this Service:**
At a possible residential address found in public records; 1230 Baptist Church Road, Yorktown Heights, NY. The present owner had not seen her since 1999 and in fact claimed to have sued her as well.

I am over the age of 18, not a party to this action, and reside in the State of New York.

Sworn to before me on the 8th day of August, 2007 by the affiant who is personally known to me.

NOTARY PUBLIC

**Simon Kahn**
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY 10017
(212) 481-9000
Our Job Serial Number: 2007000485

DAVID P JACOBSON
NOTARY PUBLIC, State of New York
No. 01JA4797134
Qualified In Kings County
Commission Expires April 20, 2010

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | DISTRICT OF NEW YORK | Index No. 07 CV 6820 |

| | | |
|---|---|---|
| GUCCI AMERICA, INC | *Plaintiff(s) Petitioner(s)* | Calendar No. |
| against | | |
| JENNIFER GUCCI ET AL | *Defendant)s) Respondent(s)* | 1~ AFFIDAVIT OF SERVICE |

STATE OF DELAWARE, COUNTY OF: NEW CASTLE        Ss.:
The undersigned, being sworn, says: Deponent is not a party herein, is over 18 years of age and resides at Wilmington, DE

On 8/1/07 at 2:45 PM .M., at C/O THE COMPANY CORPORATION 2711 CENTERVILLE RD. WILMINGTON, DE

deponent served the within
☒ summons and complaint
☐ subpoena duces tecum
☐ citation

CIVIL COVER SHEET, RULE 7.1 STATEMENT, MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR EXPEDITED DISCOVERY
ORDER TO SHOW CAUSE ON PLAINTIFFS' MOTION FOR LIMITED EXPEDITED DISCOVERY PURSUANT TO FEDERAL RULES 26 & 34
☒

on JENCO DESIGNS, LLC   ☒ defendant  ☐ witness   hereinafter called therein the recipient named
☐ -espondent

**INDIVIDUAL 1.** ☐ by delivering a true copy *of each* to said recipient personally; deponent knew the person so served to be the person described as said recipient therein.

**CORPORATION 2.** ☒ a DELAWARE corporation, by delivering thereat a true *copy of each* to MARY DRUMMOND personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be OFFICER thereof

**SUITABLE AGE PERSON 3.** ☐ by delivering thereat a true copy *of each* to , a person of suitable age and discretion. Said premises is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state.

**AFFIXING TO DOOR, ETC. 4.** ☐ by affixing a true copy of *each* to the door of said premises, which is recipient's ☐ actual place of business ☐ dwelling place ☐ usual place of abode within the state. Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, thereat, having called there

**MAILING TO RESIDENCE USE WITH 3 OR 4 5A.** ☐ Deponent talked to at said premises who stated that recipient ☐ lived ☐ worked there. Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipient's last known residence, at and deposited said envelope in an official depository under exclusive care and custody of the U.S. Postal Service within New York State.

**MAILING TO BUSINESS USE WITH 3 OR 4 5B.** ☐ Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to recipient at recipient's actual place of business, at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the recipient.

**DESCRIPTION** ☐
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blonde Hair | ☐ Mustache | ☒ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

**WITNESS FEES** ☐ $ the authorizing traveling expenses and one days' witness fee:
☐ was paid (tendered) to the recipient
☐ was mailed to the witness with subpoena copy.

**MILITARY SERVICE** ☐ I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore* ordinary *civilian clothes and no military* uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on 8/1/07

_____
JAVIER SANCHEZ                     License No.

OFFICIAL SEAL
KEVIN DUNN
NOTARY PUBLIC - DELAWARE
NEW CASTLE COUNTY
My Commission Expires November 23 2010

# AFFIDAVIT OF SERVICE

R.D. WELLS SERVICES

Index # *07-CV-6820*

UNITED STATES DISTRICT Court,   SOUTHERN DISTRICT OF NEW YORK

| GUCCI AMERICA, INC., | |
|---|---|
| | Plantiff |
| against | |
| | Defendant |
| JENNIFER GUCCI, etal | |

STATE OF NEW YORK
County of: *ALBANY*

*Robert Wells*, being duly sworn, deposes and says that he/she is over the age of eighteen(18) years; that on: *8/2/2007* at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he/she served the annexed *Summons, Civil Cover Sheet, Rule 7.1 Statement, Memorandum of Law, Complaint & Order to Show Cause* on *JENNICOR, LLC*

Defendant in this action, by delivering to and leaving with *Donna Christi* an authorized agent in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of *$40.00* Dollars. That said service was made pursuant to Section *303 LLC*, .

Deponent further says that he/she knew the person so served as aforesaid to be an authorized agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Deponent further states that he/she describes the person actually served as follows:

Sex:   Skin Color:   Hair Color:   Age (Approx.)   Height (Approx.)   Weight (Approx.)

*Female*   *White*   *Blond*   *42*   *5'2*   *145*

Other Identifying Features:

_____
Robert Wells

Sworn to before me, this

2 day of Aug, 2007

_____
Notary Public-Commissioner of Deeds

R. D. WELLS SERVICES
P.O. BOX 3931
ALBANY, NY 12203

ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov 2, 2009

```
ARNOLD & PORTER, LLP
Louis S. Ederer, Esq. (LE 7574)
John Maltbie, Esq. (SBN JM 3658)
399 Park Avenue
New York, New York 10022
Tel. No.: (212) 715-1000
Attorney for: Plaintiff GUCCI AMERICA,
INC.
```

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUCCI AMERICA, INC., <br> Plaintiff(s) <br> v. <br> JENNIFER GUCCI, et al., <br> Defendant(s) | **CASE NUMBER:** 07 CV 6820 <br><br> **PROOF OF SERVICE** <br> **SUMMONS AND COMPLAINT** <br> (Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHED LIST

2. **Person served:**
   a. [X] Defendant *(name)*: Veratex, Inc.
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Kathy Harrison, Marketing Director, authorized person to accept service
   c. [X] Address where papers were served: 14000 Arminta St., Van Nuys, CA 91402

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: 08/02/07   at *(time)*: 2:10 p.m.
   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] **Papers were served on** *(date)*: _____ at *(time)*: _____
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] **papers were mailed** on (date): _____
      6. [ ] **due diligence.** I made at least three (3) attempts to personally serve the defendant.

---
PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity.** (F.R.Civ.P. 4(h)) (C.C.P. 416.10) By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity.** **(C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   Glen Quon, Ace Messenger & Attorney Service, Inc.
   811 Wilshire Boulevard, Suite 900
   Los Angeles, CA 90017
   Tel. #: (213) 623-3979
   Reg. No.: 3886   County: Los Angeles

   a. Fee for service: $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 6, 2007

_____
(Signature)

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                           PAGE 2

# ATTACHED LIST OF DOCUMENTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## GUCCI AMERICA, INC.
## V.
## JENNIFER GUCCI, et al.

## CASE NUMBER: 07 CV 6820

1. CIVIL COVER SHEET;

2. RULE 7.1 STATEMENT;

3. ORDER TO SHOW CAUSE ON PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY PURSUANT TO FEDERAL RULES 26 AND 34;

4. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY;

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California _____ )
                                    ) ss.
County of Los Angeles _____ )

On August 10, 2007, before me, Fernando Mercado, Notary Public, personally appeared Glen Quon, personally known to me (or proved to me on the bases of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

FERNANDO MERCADO
Commission # 1563926
Notary Public - California
Los Angeles County
My Comm. Expires Mar 25, 2009

Witness my hand and official seal.

(seal)     Signature _Fernando Mercado_

──────────────── OPTIONAL ────────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: Proof of Service Summons and Complaint

Document Date: _____    No. of Pgs.: 3

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: Glen Quon
☒ Individual
☐ Corporate Officer – Title(s): _____
☐ Partner -  ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Convervator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER

Revised Jan2005

ARNOLD & PORTER, LLP
Louis S. Ederer, Esq. (LE 7574)
John Maltbie, Esq. (SBN JM 3658)
399 Park Avenue
New York, New York 10022
Tel. No.: (212) 715-1000
Attorney for: Plaintiff GUCCI AMERICA, INC.

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

| GUCCI AMERICA, INC., | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 07 CV 6820 |
| v. | **PROOF OF SERVICE SUMMONS AND COMPLAINT** |
| JENNIFER GUCCI, et al., | (Use separate proof of service for each person/party served) |
| Defendant(s) | |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons    [X] complaint    [ ] alias summons    [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: SEE ATTACHED LIST

2. **Person served:**
   a. [X] Defendant *(name)*: Collezione di Casa, Inc. c/o Veratex, Inc.
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      Kathy Harrison, Marketing Director, authorized person to accept service
   c. [X] Address where papers were served: 14000 Arminta St., Van Nuys, CA 91402

3. **Manner of Service** in compliance with *(the appropriate box must be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: 08/02/07    at *(time)*: 2:10 p.m.
   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] **(home)** at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] **(business)** or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] **by mailing** *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on (date): _____
      6. [ ] **due diligence**. I made at least three (3) attempts to personally serve the defendant.

PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)    PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint)**.

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service)**.

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers**.

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: *(date)*: _____ at *(time)*: _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served)**.

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:

   Glen Quon, Ace Messenger & Attorney Service, Inc.
   811 Wilshire Boulevard, Suite 900
   Los Angeles, CA 90017
   Tel. #: (213) 623-3979
   Reg. No.: 3886   County: Los Angeles

   a. Fee for service: $
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: August 6, 2007

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                                                                     PAGE 2

# ATTACHED LIST OF DOCUMENTS

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## GUCCI AMERICA, INC.
## V.
## JENNIFER GUCCI, et al.

## CASE NUMBER: 07 CV 6820

1. CIVIL COVER SHEET;

2. RULE 7.1 STATEMENT;

3. ORDER TO SHOW CAUSE ON PLAINTIFF'S MOTION FOR LIMITED EXPEDITED DISCOVERY PURSUANT TO FEDERAL RULES 26 AND 34;

4. MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY;

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California _____ )
County of Los Angeles ) ss.

On August 10, 2007, before me, Fernando Mercado, Notary Public, personally appeared Glen Quon, personally known to me (or proved to me on the bases of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

FERNANDO MERCADO
Commission # 1563926
Notary Public - California
Los Angeles County
My Comm. Expires Mar 25, 2009

(seal)

Witness my hand and official seal.

Signature _Fndo Mercado_

──────────── OPTIONAL ────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**
Title or Type of Document: Proof of Service Summons and Complaint
Document Date: _____  No. of Pgs.: 3
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: Glen Quon
☒ Individual
☐ Corporate Officer – Title(s): _____
☐ Partner -  ☐ Limited  ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER

Signer Is Representing: _____

Revised Jan2005

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | Ref. No. or File No.: | | | |
| Attorney for: Plaintiff | | | | |
| Insert name of Court, and Judicial District and Branch Court: USDC    SDNY | | | | |
| Plaintiff: Gucci America, Inc. | | | | |
| Defendant: Jennicor LLC | | | | |
| **AFFIDAVIT OF SERVICE** **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: 07 CV 6820 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons & Complaint

3. a. Party served:        E.L. ERMAN - DEAD SEA COSMETICS CORP.
   b. Person served:      Julia Penrod - PIC, for Yakou Ergas - CEO

4. Address where the party was served:     31238 Via Colinas
                                           Westlake Village, CA  91362

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Aug. 07, 2007 (2) at: 11:30AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as other:

7. **Person Who Served Papers:**
   a. D. Peck, C.C.P.S.
   b. **ASK LITIGATION SUPPORT, INC. DBA FIRM S**
      211 E. 43rd Street #1901
      New Yourk, NY  10017
   c. 212481-9000

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

8-13-07            D. Peck
(Date)             (Signature)

# AFFIDAVIT OF SERVICE

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GUCCI AMERICA, INC.,
        Plaintiff

Case No: 07-CI-6820
SUMMONS AND COMPLAINT, CIVIL COVER SHEET; RULE 7.1 STATEMENT; MEMO OF LAW; ORDER TO SHOW CAUSE.

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, VERATES, INC., COLLEZIONEDI CASA, INC.,
E.L. ERMAN-DEAD SEA COSMETIC CORP,
LOUISVILLE BEDDING COMPANY, EDWARD LITWAK
d/b/a ED LITWAK & ASSOCIATES, ABC CORPORATIONS 1-10
and JOHN DOES 1-10
        Defendants

STATE OF KENTUCKY    }
COUNTY OF OLHMAN    }

AFFIANT is over the age of 18 years and is not a party to this matter.

1. AFFIANT did, on the 2nd Day of August receive the above listed documents for service upon Louisville Bedding Company, 10400 Bunsen Way, Louisville, Ky. 40299.

2. AFFIANT endeavored to serve Louisville Bedding Company at the above stated address but was informed that C.T. Corporation was the registered agent for process and that C.T. Corporation; 239 South 5th Street, Louisville, Ky. should be served the above listed documents.

3. AFFIANT proceeded to C.T. Corporation, 239 South 5th Street, Suite 1511, Louisville, Ky. and there served the above listed documents upon Ms. Phyllis Farmer, Agent, C.T. Corporation, by handing to her a true and correct copy of each of the above listed documents.

4. Ms. Farmer is described as a Caucasian female, approximately 50 years of age, 5 ft. 5 in. tall, 130 pounds, dark brown hair.

Dated this 3rd Day of August 2007.

_____
John R. Sabol Ky. PI Lic No: 90.

SWORN and SUBSCRIBED to before me by John R. Sabol on this 3rd Day of August 2007.

_____
NOTARY PUBLIC, STATE AT LARGE
Commonwealth of Kentucky
My Commission Expires 03/20/08

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE August 7, 2007 @ 3:30 pm |
| NAME OF SERVER (PRINT) William Pell | TITLE Process Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: 12868 Via Latina, Del Mar, CA 92014

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8/8/07
Date

Signature of Server: Wm Pell   #2162 San Diego Co.

861 Softwind Rd #7, Vista, CA 92081
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.