```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #: _____
DATE FILED:  8/23/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

GUCCI AMERICA, INC.,

        Plaintiff,

        - against -

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN -
DEAD SEA COSMETICS CORP., LOUISVILLE
BEDDING COMPANY, EDWARD LITWAK d/b/a
ED LITWAK & ASSOCIATES, ABC
CORPORATIONS 1-10, and JOHN DOES 1-10,

        Defendants.

---------------------------------------------------------------- x

Civil Action No.
07 cv 6820 (RMB) (JCF)


**STIPULATION AND**
~~**PROPOSED**~~ **ORDER OF**
**DISMISSAL**


      Plaintiff Gucci America, Inc. ("Gucci") and defendant Louisville Bedding

Company ("Louisville Bedding") having informed the Court, through their undersigned

counsel, that they have reached a resolution of the action between them;

      IT IS HEREBY ORDERED that the above-captioned action as between Gucci and

Louisville Bedding be, and the same hereby is, dismissed with prejudice but without costs;

provided, however, that within thirty (30) days of the date of this Order, counsel for Gucci

may apply by letter for restoration of the action to the Court subject to the

1

provisions of the Settlement Agreement between the parties.


Dated: New York, New York
     August 21, 2007


NIXON PEABODY LLP

By: _____
Tamar Y. Durvdevani (TD 7603)
437 Madison Avenue
New York, New York 10022
(212) 940-3710
Attorneys for Defendant
Louisville Bedding Company

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
399 Park Avenue
New York, New York 10022
(212) 715-1000
Attorneys for Plaintiff
Gucci America, Inc.


Dated: New York, New York
     August 23, 2007


SO ORDERED:

Hon. Richard M. Berman
United States District Judge

2