Int. Cls.: 16, 18, 21 and 25

Prior U.S. Cls.: 2, 3, 37, 39 and 41

**United States Patent and Trademark Office**
Renewal

Reg. No. 876,292
Registered Sep. 9, 1969
OG Date Aug. 29, 1989

---

## TRADEMARK
## PRINCIPAL REGISTER

### GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH STREET
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

FOR: VACUUM BOTTLES, COMPACTS SOLD EMPTY AND VANITY CASES SOLD EMPTY, IN CLASS 2 (INT. CL. 21).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: POCKETBOOKS, WALLETS, TRAVEL AND DUFFEL BAGS, ATTACHE CASES, TOILET CASES SOLD EMPTY AND SHOE BAGS, IN CLASS 3 (INT. CL. 18).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: DESK SETS INCLUDING BLOTTERS, DESK PADS, LETTER OPENERS, PENCIL HOLDERS, AND A LEATHER TRAY, IN CLASS 37 (INT. CL. 16).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: SHOES AND BOOTS, IN CLASS 39 (INT. CL. 25).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

FOR: UMBRELLAS, IN CLASS 41 (INT. CL. 18).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

SER. NO. 300,192, FILED 6-11-1968.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 29, 1989.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 14

Prior U.S. Cl.: 27

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 959,338
Registered May 22, 1973
Renewal Term Begins May 22, 1993

## TRADEMARK
## PRINCIPAL REGISTER

GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH AVENUE
NEW YORK, NY 10022, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 876,292.

FOR: WATCHES, IN CLASS 27 (INT. CL. 14).

FIRST USE 0-0-1957; IN COMMERCE 0-0-1957.

SER. NO. 72-420,356, FILED 4-4-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on June 1, 1993.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 42

Prior U.S. Cl.: 101

**United States Patent and Trademark Office**
10 Year Renewal

Reg. No. 972,078
Registered Oct. 30, 1973
Renewal Term Begins Oct. 30, 1993

## SERVICE MARK
## PRINCIPAL REGISTER

### GUCCI

GUCCI AMERICA, INC. (NEW YORK CORPORATION)
50 HARTZ WAY
SECAUCUS, NJ 07094, BY CHANGE OF NAME FROM GUCCI SHOPS INC. (NEW YORK CORPORATION) NEW YORK, NY

OWNER OF U.S. REG. NO. 876,292.

FOR: RETAIL APPAREL, JEWELRY AND LEATHER GOODS STORE SERVICES, IN CLASS 101 (INT. CL. 42).

FIRST USE 12-20-1953; IN COMMERCE 12-20-1953.

SER. NO. 72-421,386, FILED 4-14-1972.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Jan. 18, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 16

Prior U.S. Cl.: 37

**United States Patent and Trademark Office**  Reg. No. 1,093,769
Registered June 20, 1978

## TRADEMARK
Principal Register

### GUCCI

Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y. 10022

For: PENS, in CLASS 16 (U.S. CL. 37).
First use Oct. 21, 1975; in commerce Aug. 3, 1976.
Owner of Reg. Nos. 876,292, 972,078, and others.

Ser. No. 129,001, filed June 3, 1977.

D. C. REIHNER, Examiner

Int. Cl.: 3

Prior U.S. Cl.: 51

Reg. No. 1,140,598

**United States Patent and Trademark Office**     Registered Oct. 21, 1980

## TRADEMARK
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: PERFUME; AFTER-SHAVE LOTION; AND COLOGNE, in CLASS 3 (U.S. Cl. 51).

First use Oct. 31, 1972; in commerce Nov. 16, 1972.

Owner of U.S. Reg. Nos. 876,292 and 1,007,216.

Ser. No. 201,929, filed Jan. 29, 1979.

M. MERCHANT, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**  Reg. No. 1,168,477
Registered Sep. 8, 1981

## TRADEMARK
### Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: NECKTIES; SCARVES; BELTS; FOOTWEAR; SHIRTS; SWEATERS; COATS; SUITS; DRESSING GOWNS; HATS; SOCKS; DRESSES AND BATHING SUITS, in CLASS 25 (U.S. Cl. 39).

First use Sep. 1920; in commerce Dec. 1953.

Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,348, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**  Reg. No. 1,169,019
Registered Sep. 15, 1981

**TRADEMARK**
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: EYEGLASS CASES, in CLASS 9 (U.S. Cl. 26).

First use Oct. 1918; in commerce Dec. 1953.
Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,347, filed Jun. 12, 1979.

JEFFERY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Int. Cl.: 6

Prior U.S. Cl.: 13

**United States Patent and Trademark Office**  Reg. No. 1,168,922
Registered Sep. 15, 1981

## TRADEMARK
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: KEY RINGS, in CLASS 6 (U.S. Cl. 13).
First use Jul. 1918; in commerce Dec. 1953.
Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Ser. No. 219,350, filed Jun. 12, 1979.

JEFFREY H. KAUFMAN, Primary Examiner

R. S. BREN, Examiner

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**

Reg. No. 1,200,991
Registered Jul. 13, 1982

## TRADEMARK
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: BRACELETS, RINGS, NECKLACES, CUFFLINKS, PENDANTS, PINS, MONEY CLIPS, KEYRINGS, AND PILL BOXES, ALL MADE WHOLLY OR IN PART OF PRECIOUS METAL, in CLASS 14 (U.S. Cl. 28).
First use Mar. 1, 1954; in commerce Mar. 1, 1954.
Owner of U.S. Reg. Nos. 972,078, 1,132,675 and others.
Sec. 2(f).

Ser. No. 270,300, filed Jul. 15, 1980.

J. H. WEBB, Primary Examiner

Int. Cl.: 25

Prior U.S. Cl.: 39

**United States Patent and Trademark Office**

Reg. No. 1,202,802
Registered Jul. 27, 1982

## TRADEMARK
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)
685 5th Ave.
New York, N.Y. 10022

For: CLOTHING, MADE WHOLLY OR PARTIALLY OF FUR—NAMELY, FUR COATS, FUR TRIMMED COATS, FUR LINED COATS, FUR AND FUR LINED JACKETS, FUR CAPES, FUR PONCHOS, FUR BOOTS, FUR HATS, FUR PANTS, in CLASS 25 (U.S. Cl. 39).

First use 1955; in commerce Dec. 9, 1969.

Owner of U.S. Reg. Nos. 876,292, 972,078 and others.

Sec. 2(f).

Ser. No. 239,651, filed Nov. 19, 1979.

R. S. BREN, Primary Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**  Reg. No. 1,321,864
                                                Registered Feb. 26, 1985

## TRADEMARK
Principal Register

## GUCCI

Gucci Shops, Inc. (New York corporation)  
685 5th Ave.  
New York, N.Y. 10022

For: EYEGLASSES AND PARTS THEREFOR, in CLASS 9 (U.S. Cl. 26).  
First use May 6, 1983; in commerce Sep. 12, 1983.  
Owner of U.S. Reg. No. 1,169,019.  
Sec. 2(f).

Ser. No. 448,904, filed Oct. 20, 1983.

LAURA ELLEN DAVIS, Examining Attorney

Int. Cl.: 14

Prior U.S. Cl.: 28

**United States Patent and Trademark Office**  Reg. No. 1,340,599
Registered June 11, 1985

## TRADEMARK
### PRINCIPAL REGISTER

## GUCCI

GUCCI SHOPS, INC. (NEW YORK CORPORATION)
685 FIFTH AVE.
NEW YORK, NY 10022

FOR: JEWELRY—NAMELY, EARRINGS, COLLAR BARS AND TIE BARS MADE WHOLLY OR IN PART OF PRECIOUS METAL, IN CLASS 14 (U.S. CL. 28).

FIRST USE 1-0-1977; IN COMMERCE 1-0-1977.
OWNER OF U.S. REG. NO. 1,200,991.
SEC. 2(F).

SER. NO. 455,011, FILED 12-1-1983.

LAURA ELLEN DAVIS, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cl.: 3, 41

**United States Patent and Trademark Office**  Reg. No. 1,122,780
Registered July 24, 1979

## TRADEMARK
Principal Register



Gucci Shops Inc. (New York corporation)
689 5th Ave.
New York, N.Y.  10022

For: WALLETS, PURSES, HANDBAGS, SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS, CARD CASES, PASSPORT CASES, COSMETIC CASES, ATTACHE CASES, VALISES, SUITCASES, DUFFLES, NECKTIE CASES, UMBRELLAS, SADDLES, BRIDLES, WALKING STICKS, CANES, AND KEY CASES, in CLASS 18 (U.S. CLS. 3 and 41).
First use July 1963; in commerce July 1963.
The mark is made up of a stripe containing three distinct bands of colors, the colors being green, red then green.

Ser. No. 150,482, filed Dec. 1, 1977.

G. E. PENCE, Examiner