Int. Cl.: 14

Prior U.S. Cl.: 27, 28

## United States Patent and Trademark Office

Reg. No. 1,123,224
Registered July 31, 1979

## TRADEMARK
### Principal Register



Gucci Shops, Inc. (New York corporation)
689 5th Ave.
New York, N.Y.   10022

For: GOODS MADE OR COATED WITH PRE-
CIOUS METAL—NAMELY, CANDLE HOLDERS,
WATCHES, CUFFLINKS, BRACELETS, PENDANTS,
KEY RINGS, PAPERWEIGHTS, EARRINGS, RINGS,
NECKLACES, ICE BUCKETS, GOBLETS, STYLIZED
ANIMAL CONTAINERS AND LETTER OPENERS—
in CLASS 14 (U.S. CLS. 27 and 28).

First use August 1967; in commerce August 1967.

The mark is made of a stripe containing three distinct
bands of color, the colors being green, red, then green.

Ser. No. 150,483, filed Dec. 1, 1977.

G. E. PENCE, Examiner

**Int. Cl.: 25**

**Prior U.S. Cl.: 39**

## United States Patent and Trademark Office

Reg. No. 1,483,526
Registered Apr. 5, 1988

### TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPO-
RATION)
685 5TH AVENUE
NEW YORK, NY 10022 , BY CHANGE OF NAME
FROM GUCCI SHOPS, INC. (NEW YORK
CORPORATION) NEW YORK, NY 10022

FOR: FOOTWEAR, IN CLASS 25 (U.S. CL. 39).
FIRST USE 9–0–1967; IN COMMERCE
9–0–1967.
OWNER OF U.S. REG. NOS. 1,122,570, 1,159,775
AND OTHERS.

THE MARK IS LINED FOR THE COLORS
RED AND GREEN.

THE MARK IS MADE UP OF A STRIPE CON-
TAINING THREE BANDS OF COLOR, THE
COLORS BEING GREEN, RED THEN GREEN.

SEC. 2(F).

SER. NO. 562,496, FILED 10–10–1985.

CRAIG K. MORRIS, EXAMINING ATTORNEY

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 2,680,237

**United States Patent and Trademark Office**    Registered Jan. 28, 2003

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORATION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: JEWELRY, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

OWNER OF U.S. REG. NOS. 1,106,772, 1,236,415 AND OTHERS.

THE MARK CONSISTS OF A REPEATING PATTERN THAT INCLUDES THE LETTERING "GG".

SER. NO. 76-326,177, FILED 10-17-2001.

SCOTT OSLICK, EXAMINING ATTORNEY

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,072,547
Registered Mar. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: NECKTIES, SCARVES, BELTS, FOOTWEAR
AND GLOVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,399, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

## United States Patent and Trademark Office

Reg. No. 3,072,549
Registered Mar. 28, 2006

### TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
BUSINESS CARD CASES, CREDIT CARD CASES,
PARTLY AND WHOLLY OF LEATHER, KEY
CASES, COSMETIC CASES SOLD EMPTY, BRIEF-
CASES, ATTACHÉ CASES, VALISES, SUITCASES

AND DUFFLES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22
AND 41).

FIRST USE 3-0-1966; IN COMMERCE 3-0-1966.

OWNER OF U.S. REG. NOS. 1,106,722, 2,680,237
AND OTHERS.

SER. NO. 76-611,519, FILED 9-15-2004.

ELISSA GARBER KON, EXAMINING ATTORNEY

Int. Cl.: 18

Prior U.S. Cls.: 1, 2, 3, 22 and 41

**United States Patent and Trademark Office**

Reg. No. 3,061,918

Registered Feb. 28, 2006

## TRADEMARK
### PRINCIPAL REGISTER



GUCCI AMERICA, INC. (NEW YORK CORPORA-
    TION)
685 FIFTH AVENUE
NEW YORK, NY 10022

    FOR: WALLETS, PURSES, HANDBAGS,
SHOULDER BAGS, CLUTCH BAGS, TOTE BAGS,
DUFFEL BAGS, BUSINESS CARD CASES, CALLING
CARD CASES, CREDIT CARD CASES, NAME CARD
CASES, KEY CASES AND ATTACHE CASES, IN
CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 0-0-1967; IN COMMERCE 0-0-1967.

OWNER OF U.S. REG. NO. 876,292 AND OTHERS.

SER. NO. 76-629,211, FILED 1-28-2005.

TOMAS V. VLCEK, EXAMINING ATTORNEY





Aldine ™ Enviro-Tab ™    Sources Cert no. SW-COC-1342    © 1996 FSC

**Exhibit C**





You are cordially invited to view the

*Collezionne Di Casa*
Designed by

# JENNIFER GUCCI

JENNIFER GUCCI

*June 19-21, 2007*

Veratex New York Showroom

261 Fifth Ave
New York, NY 10016
(212) 447-1440

RSVP Kathy (818) 994-6487 or kathy@collezionnedicasa.com



# JENNIFER GUCCI



*June 19-21, 2007*

(212) 447-1440



www.collezionedicasa.com

Exhibit D

Home Textiles Today Print Page

Page 1 of 2



« Back | Print

## Veratex Teams with Jennifer Gucci

*By Carole Sloan — Home Textiles Today, 2/10/2007*

**Panorama City, Calif.** — Jennifer Gucci, a former member of the Gucci family renowned for their leather goods and accessories, has signed a licensing agreement with Veratex to produce a home furnishings collection.

"I'm basically starting from scratch, and it will be Englishy in feeling," Gucci explained. "I love the '30s with the clean lines; and I adore flowers, so both elements will be involved," she related. Overall, she noted, the collection will lean toward feminine looks, "but I wont discriminate toward men."

Discussing her home fashions favorites, Gucci said, "My favorite colors are yellows. My house in Marbella, Spain is all in yellow — it's so warm and sunny." In contrast she noted, "My ex-husband — the late Paolo Gucci — loved purple." Polka dots are one of her favorites and "I don't like the super chic and modern."

Gucci, who will be at market this week in the Veratex New York showroom, said that she picked the home arena over apparel "because fashion is flooded now." She added, "I want to do something in the middle [of price points] and things that are easy to put together. I'm a great believer in coordination."

Veratex has the master license for home with the complete textiles segment, including bed, bath, rugs, window, and bath accessories — as the first objective. "Soft home is the primary area "to begin with" said Ed Litwak, Gucci's licensing manager. "We will start talking with furniture companies, and Veratex has the option to develop silverware and dinnerware."

Veratex is developing the bedding, window, rugs, towels, and bath accessories, said Avi Cohen, company ceo. "We also are talking with other textiles companies in specialty areas like pillows, comforters, and down."

Distribution, Cohen said, "will be wide — specialty stores, department stores, big boxes — virtually all retail channels."

While the license is global, "We will design everything here for global distribution," Cohen said. The first collection, Litwak added, "will have a classic look — not wild or specifically young or old in feeling — English with an Italian flair. We will bring in a design specialist for the program." And he added, "It will have a Gucci-esque look with some horse themes."

Veratex expects product to be market-ready three months after this week's market, with fall launches at retail. Price points are expected to be $199 to $249 for a queen bed.

Gucci is currently doing the soundtrack for a movie, using her operatic training. There is a TV mini-series in the works on the Gucci empire, Litwak added.

« Back | Print

© 2007, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.

Print This Story

Page 1 of 1

 www.fibre2fashion.com

 Login | Register | Inquiry | Myf2f |

July 28, 2007

**World of Garment - Textile - Fashion**

Home | Business Offers | Trade Stocklot | Directory | News | Market Watch | Articles | Used Machinery | Machinery | Fairs & Events | Jobs

 Print This Story

**United States Of America : Veratex presents entire Jennifer Gucci line at LIS**
Wednesday, July 4, 2007



Recently for the first time, at annual Licensing International Show (LIS) in New York, Veratex revealed all its Jennifer Gucci home textiles line, in a massive introduction covering more than 500 Stock Keeping Units (SKUs) in bedding, bath, and rugs.

Veratex, famous for integrated anthology of fabric and home textiles, sources its high quality fabrics from within the country and abroad.

Continual evolvement of new designs and fabrications in regular sateen sheets, developed an extensive range of innovative styles comprising chic contemporary patterns, elegant embroidery as well as comfortable casual fashions.

Display of around 15 beds along with synchronized products was one of the most striking affairs at the Veratex showroom.

Addressing people, Veratex President Avi Cohen said that Jennifer Gucci fashion bedding are made up of light fabrics that exude a fresh feel with sparing embellishments of a higher level. Fabrications comprise of sateen, cotton duck, jacquard with silk appliqué and embroidery on cotton, damask, are among the rest.

Print This Story

Disclaimer | Enquiry | Sitemap | Our Services | Feedback / Comments

Copyright © 2007.
All rights reserved by
Sanblue Enterprises Pvt. Ltd.
For best view:
Use Internet Explorer 5.0+,
Screen resolution 800 x 600

   

Aldine ™ Enviro-lab ™     Sources Cert no.SW-COC-1942  © 1996 FSC

**Exhibit E**

Private Label Natural Mineral Cosmetic Products / Manufacturing & Distribution,    Page 1 of 5

 **Natural Cosmetic Manufacturer**    Private
Skinca

| HOME | ABOUT | HEALTH SECRETS | DESIGN | CONTACT | INQUIRY |



**Special Additions**

## News

### Veratex expands Jennifer Gucci Home

Van Nuys, Calif. – **Veratex** will hold a special market event in its New York showroom featuring its Jennifer Gucci Home Collection during Licensing International in New York, June 19 through 21.



Jennifer Gucci Skin Care

Gucci, a former member of the Italian Gucci family noted for their leather goods and accessories, signed a master license contract with Veratex earlier this year, and introduced some bedding, window coverings, and bath products during market week in February.



Jennifer Gucci skin care line For Men

The program now embraces mattresses with a worldwide license signed with Therapedic, and cosmetics with E. L. Erman, maker of private label spa lines. Negotiations are underway with a basic bedding supplier, a furniture supplier and a shoe manufacturer, said Avi Cohen, Veratex ceo.



Jennifer Gucci bath products

Later, the company will begin work to develop a licensing program in the tabletop segment.

Private Label Natural Mineral Cosmetic Products / Manufacturing & Distribution,                     Page 2 of 5

Ads by Google

**Private Label
Beauty**
Spa products, skin
care, hair care, Fast
Shipping – Low
Minimums.
www.alternativebeauty.cor

**Dead Sea Skin
Care Sale**
Facial Creams,
Lotions, Body Mud,
Bath Salt, Scrubs.
Free Shipping!
www.cleopatraschoice.cor

**Dead-Sea Top
Skin Care**
U.S Site Free
Shipping Up To
50% Off On The
Top Dead-Sea
Brand.
www.Dead-Sea-Web.com

**Pure Dead Sea
Products**
Free Nail Buffer &
Free Shipping Anti-
Aging, Mud, Salt
Scrubs, Etc
www.puredeadseaproduct

**Anti Aging (new additions)**
New and innovative Anti Aging serums, a
great addition to a serious skin care line.
Extracted and formulated from the best
active ingredients and contains over 150
active ingredients, rich in protein fractions
and loaded with Flavonoids and tannins. All
natural mineral skincare cosmetics can be
bought as private label or wholsale for
distributors.

**ACTIVE WHITENING PRODUCTS**
Clinical approved, Dermatology approved,
Hippo Allergenic cream. The most powerful
active and effective whitening cream.
Active whitening cream with natural active
ingredients.

**Acne products**
New anti-acne serums, the perfect solution
for oily / prone skin. Specially formulated
for prone skin, cleans thoroughly the skin,
selected essential oils penetrates the
folicilles to disolve the fat, anti bacterial,

Cohen said "We will not be showing Jennifer Gucci at the August New York
Home Fashions market. Retailers who did not come to the showroom in June
will be able to see photographs of the products."

In the home textiles segment, Veratex will feature at least 10 beds as well as
product from Therapedic and E. L. Erman. "Cosmetics is a very powerful area,"
Cohen remarked. The comforter sets will retail between $199 and $229.
Overall, Cohen observed, "We see European companies as having important
potential for global licenses."

The collection is expected to be available at retail by the end of this year, and
Peach Direct has already signed on for catalog, Cohen reported.

**Exhibit F**

Home Textiles Today Print Page



« Back | Print

## Louisville Bedding to debut Jennifer Gucci line

*By Staff -- Home Textiles Today, 7/24/2007 11:44:00 AM*

Louisville, Ky. -- Louisville Bedding Company (LBC) has entered into an agreement with Jennifer Gucci Home master licensor Veratex to debut a Jennifer Gucci branded line of basic bedding, including bed pillows, utility comforters, mattress pads and pillow protectors.

The complete line will be unveiled in the LBC showroom at 111 West 40th St. during the New York Home Fashions Summer Market to be held August 6–10.

"This is a special, more upscale line for us" said Scott Walters, national merchandise manager, LBC. "We're tailoring this line to the more discriminating consumer that is looking for higher thread counts, premium cottons, natural fill products, and higher end down alternative products."

The collection will comprise 400 thread count sateen, 600 thread count pima cotton sateen stripes, and 800 thread count basketweave jacquard made of Supima cotton. Bed pillows will feature premium down alternative fibers, as well as feather and down options. Coordinating mattress pads, down alternative comforters, and pillow protectors will round out the line.

« Back | Print

© 2007, Reed Business Information, a division of Reed Elsevier Inc. All Rights Reserved.

Advertisement



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the **AMENDED**

**COMPLAINT** was served upon the following by mail, postage prepaid, this 2nd day of

October, 2007:

R. Kevin Fisher, Esq.
Fisher & Krekorian
3130 Wilshire Boulevard, Suite 200
Santa Monica, California 90403

*Attorneys for Defendants Veratex, Inc.,*
*Collezione Di Casa, Inc. and E.L.*
*Erman - Dead Sea Company*

Martin Simone, Esq.
Simone & Roos
3530 Wilshire Boulevard, Suite 1600
Los Angeles, California 90010

*Attorneys for Defendants Jennifer Gucci,*
*Jenco Designs, LLC, Jennicor, LLC*
*and Edward Litwak d/b/a Ed Litwak &*
*Associates*

Alan C. Veronick