AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

GUCCI AMERICA, INC.,
            Plaintiff,
v.
JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN – DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and john does 1-10
            Defendants.

**APPEARANCE**

Case Number:   07 CV 6820
                           (RMB)(JCF)

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN – DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC.

    I certify that I am admitted to practice in this court.

October 12, 2007
Date

Signature *(signed)*

HOWARD M. ROGATNICK    (HR-3777)
Print Name                           Bar Number

BRYAN CAVE LLP    1290 Avenue of the Americas
Address

New York, New York 10104
City               State             Zip Code

212-541-1296                     212-541-4630
Phone Number                     Fax Number