# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

October 17, 2007

**VIA FACSIMILE (212) 805-7930**
The Honorable James C. Francis, IV
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

Re: Gucci America, Inc. v. Jennifer Gucci, et al., 07 cv 6820 (RMB) (JCF)

Dear Judge Francis:

We represent the plaintiff Gucci America, Inc. ("Gucci") in the above-referenced matter. We are writing to follow up on our letters to the Court of October 10, and October 15, 2007 concerning issues that have arisen during the Expedited Discovery Period provided for in the Court's August 20, 2007 Temporary Restraining Order and Order for Expedited Discovery on Consent (the "Order").

While the Court has offered to conference these issues at various times this week, opposing counsel have indicated that one or more of them are not available at the times suggested by the Court. We have informed opposing counsel that we would be willing to ask the Court to schedule a conference next week, but that we did not want the scheduling delay to prejudice Gucci, particularly as the term of the Order is set to expire on October 26, 2007. Accordingly, we have agreed with opposing counsel to request that the Court schedule a conference next week, and counsel has further agreed to an extension of the Order by one week — to Friday, November 2, 2007.

The Court's clerk has informed us that the Court would be able to conference this matter on Tuesday, October 23, 2007 between 2:30 pm (EDT) and 4:30 pm (EDT). We will confer with opposing counsel regarding a specific time within this window and confirm the time to the Court. In the meantime, we respectfully request that the Court memo endorse this letter to extend the term of the August 20, 2007 Order (as previously extended by the Court in its October 1, 2007 Order) to Friday, November 2, 2007. We thank Your Honor for your consideration of this matter.

10/18/07

SO ORDERED.
James C. Francis IV
_____
USMJ

Respectfully yours,

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer