```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
GUCCI AMERICA, INC.,                    : 07 Civ. 6820 (RMB) (JCF)
                                        :
               Plaintiff,               :     O R D E R
                                        :
       - against -                      :
                                        : CORRECTED ORDER
JENNIFER GUCCI, JENCO DESIGNS, LLC,     :
JENNICOR, LLC, VERATEX, INC.,           :
COLLEZIONE DI CASA, INC.,               :
E.L. ERMAN - DEAD SEA COSMETICS         :
CORP., LOUISVILLE BEDDING COMPANY,      :
EDWARD LITWAK, d/b/a ED LITWAK &        :
ASSOCIATES, ABC CORPORATIONS 1-10,      :
and JOHN DOES 1-10,                     :
                                        :
               Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/24/07
```

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held by telephone on October 23, 2007, it is hereby ORDERED as follows:

1. By October 26, 2007, Jennifer Gucci shall conduct a complete search and produce all documents, including electronically stored information, responsive to plaintiff's discovery requests. Ms. Gucci shall also provide an affidavit attesting to the completeness of her search and explaining in detail the circumstances under which any responsive documents have been destroyed or otherwise rendered unavailable.

2. By agreement, the Veratex defendants shall produce Dale Talbert promptly as a Rule 30(b)(6) witness.

3. By November 2, 2007, defendants shall each file a notice of appearance on their own behalf or by counsel and shall answer the Amended Complaint. Counsel shall immediately register for

electronic case filing ("ECF"); all future correspondence and orders in this case will be sent only by ECF.

    4. Unless the parties agree to a different procedure (such as consolidating the preliminary injunction hearing with an expedited trial on the merits), plaintiff shall file its papers in support of a preliminary injunction by November 16, 2007.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
          October 24, 2007

Copies mailed this date:

Louis S. Ederer, Esq.
John Maltbie, Esq.
Alan Veronic, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, New York 10017

R. Kevin Fisher, Esq.
Fisher & Krekorian
225 Santa Monica Boulevard, 12th Fl.
Santa Monica, CA 90401

Howard M. Rogatnick, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York   10104

Edward G. Williams, Esq.
Stewart Occhipinti LLP
65 West 36th Street, 7th Floor
New York, New York 10018

Martin Simone, Esq.
Simone & Roos GP
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

3

Case 1:07-cv-06820-RMB-JCF   Document 15   Filed 10/24/2007   Page 3 of 3