UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GUCCI AMERICA, INC.

            Plaintiff,

   vs.

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK, d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

            Defendants.
------------------------------------------------------------ X

CASE NO.:  07 CIV. 6820(RMB)

DISCLOSURE STATEMENT
PURSUANT TO FED. R. CIV. P.7.1

Defendants VERATEX, INC.; COLLEZIONE DI CASA, INC.; ELE ERMAN – DEAD SEA COSMETICS CORP.; ELE BRANDS ENTERPRISE, INC.; GBN WATCH COLLECTION, INC.; and GBN GLOBAL BUSINESS NETWORK (collectively, "Defendants"), by their attorneys Bryan Cave LLP, for their Statement of Disclosure pursuant to Fed. R. Civ. P. 7.1, hereby certify that the Defendants have no parent corporations and that there are no publicly held corporations that own 10% or more of the stock of any of the Defendants.

Dated: November 2, 2007
      New York, New York

                                      R. Kevin Fisher, Esq.
                                      Fisher & Krekorian
                                      3130 Wilshire Boulevard, Suite 200
                                      Santa Monica, California 90403

                                      - and -

                                      BRYAN CAVE LLP

                                      <u>/s/ Howard M. Rogatnick</u>
                                      Howard M. Rogatnick (HR-3777)
                                      1290 Avenue of the Americas
                                      New York, NY  10104-3300
                                      Telephone:  (212) 541-1296
                                      Fax:  (212) 541-4630

                                      *Attorneys for Defendants Veratex, Inc., Collezione*
                                      *Di Casa, Inc., ELE Erman – Dead Sea Cosmetics*
                                      *Corp., ELE Brands Enterprise, Inc., GBN Watch*
                                      *Collection, Inc., and GBN Global Business Network*