```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GUCCI AMERICA, INC.                                    :
                                                       :   CASE NO.:   07 CIV. 6820(RMB)
            Plaintiff,                                 :
                                                       :
    vs.                                                :
                                                       :
JENNIFER GUCCI, JENCO DESIGNS, LLC,                    :
JENNICOR, LLC, JENNY GUCCI COFFEE AND                  :
GELATO COMPANY, INC., VERATEX, INC.,                   :
COLLEZIONE DI CASA, INC., E.L. ERMAN-                  :   **ORDER ADMITTING**
DEAD SEA COSMETICS CORP., ELE BRANDS                   :   **R. KEVIN FISHER, ESQ.**
ENTERPRISE, INC., GBN WATCH                            :   **PRO HAC VICE**
COLLECTION, INC., GBN GLOBAL BUSINESS                  :
NETWORK, EDWARD LITWAK, d/b/a ED                       :
LITWAK & ASSOCIATES, GEMMA GUCCI,                      :
GEMMA GUCCI COFFEE AND GELATO                          :
COMPANY, INC., ABC CORPORATIONS 1-10,                  :
and JOHN DOES 1-10,                                    :
                                                       :
            Defendants.                                :
------------------------------------------------------------ X

Upon the application of Defendants VERATEX, INC.; COLLEZIONE DI CASA, INC.;

ELE ERMAN – DEAD SEA COSMETICS CORP.; ELE BRANDS ENTERPRISE, INC.; GBN

WATCH COLLECTION, INC.; and GBN GLOBAL BUSINESS NETWORK (collectively,

"Defendants"), IT IS HEREBY ORDERED THAT:

R. Kevin Fisher, Esq. is admitted *pro hac vice* to represent Defendants in this action, and

he shall be subject to the Local Rules of this Court, including, without limitation, the rules

governing the discipline of attorneys.*

\* Contingent upon paying the required fee to the clerk's office.



SO ORDERED:

_____
RICHARD M. BERMAN U.S.D.J.
11/13/07