Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York  10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Gucci America, Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

GUCCI AMERICA, INC.,

        Plaintiff,

- against -

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN - DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

        Defendants.

------------------------------------------------------------------ x

Civil Action No. 07 Civ. 6820 (RMB) (JCF)

**PLAINTIFF'S REPLY TO DEFENDANT EDWARD LITWAK'S COUNTERCLAIM**

Plaintiff Gucci America, Inc. ("Gucci"), by and through its attorneys, Arnold & Porter LLP, replies to Defendant Edward Litwak's Answer to Amended Complaint and Counterclaim for Relief ("Counterclaim") as follows:

### AS AND FOR A FIRST COUNTERCLAIM FOR RELIEF
#### (Declaratory Judgment)

99.    Gucci admits the allegations contained in paragraph 99 of the Counterclaim.

100.  Gucci admits the allegations contained in paragraph 100 of the Counterclaim.

101.  Paragraph 101 of the Counterclaim is a legal conclusion to which no response is required.

102.  With respect to the allegations contained in paragraph 102 of the Counterclaim, Gucci admits that Defendant Edward Litwak seeks a judicial determination by this Court that the use of a mark containing or comprised of Ms. Gucci's name together with the words "designed by", "created by" or "styled by" do not infringe upon any rights of Gucci, but denies that such relief should be granted.

Dated: New York, New York
       November 16, 2007

ARNOLD AND PORTER LLP

By: _____
Louis S. Ederer
John Maltbie
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Gucci America, Inc.*