UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

GUCCI AMERICA, INC.

    Plaintiff,

vs.

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN-DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK, d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

    Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

07 CIV. 6820(RMB)

**NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Howard M. Rogatnick, a member in good standing of the bar of this Court, as counsel for Defendants VERATEX, INC.; COLLEZIONE DI CASA, INC.; ELE ERMAN – DEAD SEA COSMETICS CORP.; ELE BRANDS ENTERPRISE, INC.; GBN WATCH COLLECTION, INC.; and GBN GLOBAL BUSINESS NETWORK (collectively, "Defendants"), hereby moves for an Order allowing the admission *pro hac vice* of

  Applicant's Name: R. Kevin Fisher, Esq.
  Law Firm Name: Fisher & Krekorian
  Address:   225 Santa Monica Boulevard, 12th Floor
        Santa Monica, California 90401
  Phone Number: (310) 862-1220
  Fax Number:  (310) 862-1230

Dated: November 9, 2007
New York, New York

_____
Howard M. Rogatnick (HR-3777)
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000

*Attorneys for Defendants Veratex, Inc., Collezione Di Casa, Inc., ELE Erman – Dead Sea Cosmetics Corp., ELE Brands Enterprise, Inc., GBN Watch Collection, Inc., and GBN Global Business Network*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GUCCI AMERICA, INC. :
: CASE NO.: 07 CIV. 6820(RMB)
Plaintiff, :
:
vs. :
:
JENNIFER GUCCI, JENCO DESIGNS, LLC, :
JENNICOR, LLC, JENNY GUCCI COFFEE AND :
GELATO COMPANY, INC., VERATEX, INC., :
COLLEZIONE DI CASA, INC., E.L. ERMAN- : **ORDER ADMITTING**
DEAD SEA COSMETICS CORP., ELE BRANDS : **R. KEVIN FISHER, ESQ.**
ENTERPRISE, INC., GBN WATCH : **PRO HAC VICE**
COLLECTION, INC., GBN GLOBAL BUSINESS :
NETWORK, EDWARD LITWAK, d/b/a ED :
LITWAK & ASSOCIATES, GEMMA GUCCI, :
GEMMA GUCCI COFFEE AND GELATO :
COMPANY, INC., ABC CORPORATIONS 1-10, :
and JOHN DOES 1-10, :
:
Defendants. :
------------------------------------------------------------ X

Upon the application of Defendants VERATEX, INC.; COLLEZIONE DI CASA, INC.; ELE ERMAN – DEAD SEA COSMETICS CORP.; ELE BRANDS ENTERPRISE, INC.; GBN WATCH COLLECTION, INC.; and GBN GLOBAL BUSINESS NETWORK (collectively, "Defendants"), IT IS HEREBY ORDERED THAT:

R. Kevin Fisher, Esq. is admitted *pro hac vice* to represent Defendants in this action, and he shall be subject to the Local Rules of this Court, including, without limitation, the rules governing the discipline of attorneys.

SO ORDERED.

_____
The Honorable Richard M. Berman

Dated: New York, New York
       November ___, 2007