AFFIDAVIT OF SERVICE BY MAIL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUCCI AMERICA, INC.

        Plaintiff,

vs.

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN-DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK, d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

        Defendants.

---

STATE OF NEW YORK   )
                           : ss.:
COUNTY OF NEW YORK )

        Jephthahlyn Lawson, being duly sworn, deposes and says:

        1.    That deponent is not a party to the action, is over 18 years of age and resides in Jersey City, New Jersey.

        2.    On the 8th day of November, 2007, deponent served the **NOTICE OF JOINT MOTION TO ADMIT COUNSEL PRO HAC VICE; ORDER ADMITTING R. KEVIN FISHER, ESQ. PRO HAC VICE; AFFIDAVIT OF HOWARD M. ROGATNICK IN SUPPORT OF MOTION TO ADMIT R. KEVIN FISHER, ESQ. PRO HAC VICE** on:

        Louis S. Ederer, Esq.
        Arnold & Porter, LLP
        399 Park Avenue
        New York, New York 10017

Edward G. Williams, Esq.
Stewart Occhipinti, LLP
65 West 36th Street, 7th Floor
New York, New York 10018

Martin Simone, Esq.
Simon & Roos GP
3530 Wilshire Boulevard, Suite 1600
Los Angeles, California 90010

at the above address, designated by said attorney for such purpose, by depositing in a U.S. Postal mailbox the address[es] designated by said attorney[s] for that purpose by depositing a true copy of same enclosed in a first class postpaid properly addressed wrapper, in a post office or an official depository under the exclusive care and custody of the United States Postal Service within New York State.

_____
Jephthahlyn Lawson

Sworn to before me this
9th, November 2007

_____
Notary Public

JEAN KELLER
Notary Public, State of New York
No. 01KE4771140
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Oct. 31, 20__

NYN000059/1257842.1