UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - :
GUCCI AMERICA, INC.,                           : 07 Civ. 6820 (RMB) (JCF)
                                               :
                Plaintiff,                     :     O R D E R
                                               :
       - against -                             :
                                               :
JENNIFER GUCCI, JENCO DESIGNS, LLC,            :
JENNICOR, LLC, VERATEX, INC.,                  :
COLLEZIONE DI CASA, INC.,                      :
E.L. ERMAN - DEAD SEA COSMETICS                :
CORP., LOUISVILLE BEDDING COMPANY,             :
EDWARD LITWAK, d/b/a ED LITWAK &               :
ASSOCIATES, ABC CORPORATIONS 1-10,             :
and JOHN DOES 1-10,                            :
                                               :
                Defendants.                    :
- - - - - - - - - - - - - - - - - - - - - - - :

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

     A pretrial conference having been held on November 28, 2007, it is hereby ORDERED as follows:

    1.  All initial disclosures pursuant to Fed. R. Civ. P. 26(a) shall be made by December 7, 2007.

    2.  All discovery shall be completed by February 29, 2008.

    3.  The pretrial order shall be submitted by March 31, 2008 unless any dispositive motion is filed by that date in conformity with Judge Berman's individual rules.  If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

     SO ORDERED.

                       JAMES C. FRANCIS IV
                       UNITED STATES MAGISTRATE JUDGE

1

Dated:   New York, New York
         November 29, 2007


Copies mailed this date:

Louis S. Ederer, Esq.
John Maltbie, Esq.
Alan Veronic, Esq.
Arnold & Porter, LLP
399 Park Avenue
New York, New York 10017

R. Kevin Fisher, Esq.
Fisher & Krekorian
225 Santa Monica Boulevard, 12th Fl.
Santa Monica, CA 90401

Howard M. Rogatnick, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, New York   10104

Edward G. Williams, Esq.
Stewart Occhipinti LLP
65 West 36th Street, 7th Floor
New York, New York 10018

Martin Simone, Esq.
Simone & Roos GP
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

2