**MEMO ENDORSED**

**ARNOLD & PORTER LLP**

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 7, 2007

> CONFERENCE ON 12/19/07 AT 9:00 A.M. PARTIES TO ENGAGE IN GOOD FAITH SETTLEMENT NEGOTIATIONS BEFORE THEN.
>
> SO ORDERED:
> Date: 12/7/07
> Richard M. Berman, U.S.D.J.

**BY HAND**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

07 CIV. 6820

Re:   Gucci America, Inc. v. Jennifer Gucci, et al., 07 cv 6820 (RMB)(JCF)

Dear Judge Berman:

We represent plaintiff Gucci America, Inc. in the above entitled action. We write in furtherance of our December 4, 2007 request for an immediate pre-motion conference before Your Honor. In light of Mr. Occhipinti's letter to the Court of earlier today, we confirm the need for a conference before Your Honor, and respectfully request that such conference be scheduled at the Court's earliest convenience.

Moreover, we would like to advise the Court that counsel for the represented defendants have agreed to abide by the terms of the temporary restraining order currently in place in this action (but due to expire after Wednesday, December 12, 2007) until such time when a pre-motion conference may be held.

We thank the Court for its attention to this matter.

Respectfully yours,

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer

cc:   R. Kevin Fisher, Esq. (via facsimile and email)
   Martin Simone, Esq. (via facsimile and email)
   Howard Moss Rogatnick, Esq. (via facsimile and email)
   Edward G. Williams, Esq. (via facsimile and email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/07/2007