Edward G. Williams (EW 8737)
Frank S. Occhipinti (FO 7204)
STEWART OCCHIPINTI, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

*Attorneys for Defendants Edward Litwas and Jennifer Gucci*

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................X
:
GUCCI AMERICA, INC., :
:
        Plaintiff, :
:
: **Defendant Litwak's and Guccci's**
   -against- : **Rule 26(a) Disclosures**
:
:
JENNIFER GUCCI, JENCO DESIGNS, LLC, :
JENNICOR, LLC, JENNY GUCCI COFFEE : 07 Civ. 6820 (RMB)(JCF)
AND GELATO COMPANY, INC.,VERATEX, :
INC., COLLEZIONE DI CASA, INC., E.L. :
ERMAN- DEAD SEA COSMETICS CORP., :
ELE BRANDS ENTERPRISES, INC., GBN :
WATCH COLLECTION, INC., GBN GLOBAL :
BUSINESS NETWORK, EDWARD LITWAK :
d/b/a ED LITWAK & ASSOCIATES, ABC :
CORPORATIONS 1-10, and JOHN DOES 1-10, :
:
        Defendants. :
:
...................................................................X

    Defendants, JENNIFER GUCCI and EDWARD LITWAK, by their attorneys, Stewart Occhipinti, LLP, make the following Initial Disclosures to Plaintiff, pursuant to Fed R. Civ. P 26(a):

    Defendants Edward Litwak and Jennifer Gucci incorporate by reference the Rule 26(a) filing made by co-defendants (copy attached) as if fully set forth herein.

Dated: New York, New York
December 18, 2007

Respectfully submitted,

**STEWART OCCHIPINTI, LLP**

By: _____
Edward G. Williams, Esq.
Frank S. Occhipinti Esq.
65 West 36th Street, 7th Floor
New York, New York 10018
Tele: (212) 239-5500
*Attorneys for Defendants Edward Litwak and Jennifer Gucci*

Attach: