# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 18, 2007

**VIA FACSIMILE (with permission)**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**

Re: Gucci America, Inc. v. Jennifer Gucci, et al., 07 cv 6820 (RMB) (JCF)

Dear Judge Berman:

We represent plaintiff Gucci America, Inc. in the above-referenced action. We write to confirm our communications with chambers regarding the adjournment and rescheduling of the conference presently scheduled for tomorrow, December 19, 2007 at 9:00 am. We respectfully request that the Court reschedule the conference for Friday, January 11, 2008 at 10:00 am. Opposing counsel joins us in this request.

We thank the Court for its attention to this matter.

Respectfully yours,

ARNOLD & PORTER LLP

By: *Louis S. Ederer*
Louis S. Ederer

cc:   R. Kevin Fisher, Esq. (via facsimile and email)
      Martin Simone, Esq. (via facsimile and email)
      Howard Moss Rogatnick, Esq. (via facsimile and email)
      Edward G. Williams, Esq. (via facsimile and email)

*[Handwritten endorsement: Conference on 1/11/08 at 10:00 A.M.]*

SO ORDERED:
Date: 12/18/07
*Richard M. Berman*
Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07