# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Southern District of New York

Index Number: 07 CV 6820                                                                 Date Filed: _____

Plaintiff:
**GUCCI AMERICA, INC.**

vs.

Defendant:
**JENNIFER GUCCI, et al.**

Received by ASK Litigation Support, Inc. to be served on **GEMMA GUCCI, 238 East 14th St., Apt. 1A, NewYork, NY 10011**.

I, Simon Kahn, being duly sworn, depose and say that on the **11th day of January, 2008** at **6:30 pm, I:**

delivered a true copy of the **Summons & Complaint, Civil Cover Sheet with Schedule A, Rule 7.1 StatementMemo of Law, Order to Show Cause** to Gemma Gucci ,who identified him/herself to me and was served in hand, at the actual place of residence indicated above.

**Description** of Person Served:  Age: 25,  Sex: F,  Race/Skin Color: Caucasian,  Height: 5'7",  Weight: 130,  Hair: Brown,  Glasses: N

I am over the age of 18, not a party to this action, and reside in the State of New York.

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____1/14/08_____
                       DATE

Simon Kahn
0842361

ASK Litigation Support, Inc.
D/B/A Firm Service
211 East 43rd Street, Suite 1901
New York, NY  10017
(212) 481-9000
Our Job Serial Number: 2007000761