# United States District Court

__SOUTHERN__   __DISTRICT OF__   __NEW YORK__

GUCCI AMERICA, INC.,

        Plaintiff,

v.

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN - DEAD
SEA COSMETICS CORP., ELE BRANDS ENTERPRISE,
INC., GBN WATCH COLLECTION, INC., GBN GLOBAL
BUSINESS NETWORK, EDWARD LITWAK d/b/a
ED LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO COMPANY,
INC., ABC CORPORATIONS 1-10, and
JOHN DOES 1-10

        Defendants.

**AMENDED SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 Civ. 6820

TO: (Name and Address of Defendant)

See attached Schedule A.

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Louis S. Ederer
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON   OCT 02 2007

CLERK   DATE

(BY) DEPUTY CLERK

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | 10/19/2007 |
| NAME OF SERVER (PRINT) Robert Deale | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Corporate service effected on GEMMA GUCCI COFFEE AND GELATO, INC. on 10/19/07 at 2:35 PM by leaving copies with Cyndy Woodgate of CSC Services of Nevada, Inc., Resident Agent, 502 E. John Street, Room E, Carson City, Nevada 89706.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/19/2007
                Date                       Signature of Server

10580 N. McCarran Blvd #115, Reno, NV 89503
Address of Server

GUCCI AMERICA, INC.,

Plaintiff,

v.

CASE NUMBER: 07 Civ. 6820

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN - DEAD SEA COSMETICS CORP, ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

Defendants.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.