USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

Edward G. Williams (EW 8737)
Frank S. Occhipinti  (FO 7204)
STEWART OCCHIPINTI, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

*Attorneys for Defendants Edward Litwak and Jennifer Gucci*

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
...................................................................X
                                                                    :
GUCCI AMERICA, INC.,                                                :
                                                                    :
                        Plaintiff,                                  :   07 Civ. 6820 (RMB)(JCF)
                                                                    :
            -against-                                               :
                                                                    :   **ORDER TO SHOW CAUSE**
JENNIFER GUCCI, JENCO DESIGNS, LLC,                                 :
JENNICOR, LLC, JENNY GUCCI COFFEE                                   :
AND GELATO COMPANY, INC.,VERATEX,                                   :
INC., COLLEZIONE DI CASA, INC., E.L.                                :
ERMAN- DEAD SEA COSMETICS CORP.,                                    :
ELE BRANDS ENTERPRISES, INC., GBN                                   :
WATCH COLLECTION, INC., GBN GLOBAL                                  :
BUSINESS NETWORK, EDWARD LITWAK                                     :
d/b/a ED LITWAK & ASSOCIATES, ABC                                   :
CORPORATIONS 1-10, and JOHN DOES 1-10,                              :
                                                                    :
                        Defendants.                                 :
...................................................................X

Upon the Declaration of Edward G. Williams sworn to on March 12, 2008, the exhibits annexed thereto, the Memorandum of Law In Support of the Motion of Stewart Occhipinti, LLP to be relieved and discharged as counsel, submitted *in camera*, and all prior pleadings and proceedings had herein,

Let Defendants Edward Litwak and Jennifer Gucci show cause at Courtroom 21D at the U.S. District Courthouse located at 500 Pearl Street, New York, New York on the **25th** day of March, 2008 at 9:**00** a.m. or as soon thereafter as Counsel can be heard **RMB** why an Order should not be entered, pursuant to Rule 1.4 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York:

1) permitting Stewart Occhipinti, LLP to be relieved and discharged as counsel for defendants Jennifer Gucci and Edward Litwak, d/b/a Ed Litwak & Associates; and

2) ~~Permitting Simone A Ruvos to prepare the case for trial + to try it on 4/21/08~~ **RMB**

3) granting such other and further relief as to this Court may seem just and proper.

SUFFICIENT REASON APPEARING THEREFORE, let service of a copy of the papers upon which this order is granted via overnight courier upon Edward Litwak, c/o Ed Litwak & Associates 12868 Via Latina, Del Mar, California 92014 (and electronic mail to cosm@sbcglobal.net) and via overnight courier upon Jennifer Gucci, c/o Ed Litwak & Associates 12868 Via Latina, Del Mar, California 92014 and La Solana de Nagueles, Las Mimosas 9, 26900 Marbella Spain (and electronic mail to jennygucci@hotmail.co.uk), on or before the **17th** day of March, 2008, be deemed good and sufficient service.

*Any written response to this Order to show cause must be served + filed (with courtesy copies hand delivered to the Court) by noon on 3/20/08 with citations + authorities* **RMB**

ENTER:

_____
Richard M. Berman
United States District Judge

To: All Counselor Parties on the Attached List *By Fax + Overnight mail   Sent by Ed Williams + Frank Occhipinti*  **RMB**

2

COUNSEL/PARTIES LIST

ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
(212) 715-1000
Attn: Louis Ederer, Esq.

BRYAN CAVE LLP
1290 Avenue f the Americas
New York, NY 10104
(212) 541-2000
Attn: Howard M. Rogatnick, Esq.

FISHER & KREKORIAN
3130 Wilshire Blvd., Suite 200
Santa Monica, CA 90403
(310) 862-1220
Attn: R. Kevin Fisher, Esq.

SIMONE & ROOS
3530 Wilshire Blvd., Suite 1600
Los Angeles, CA. 90010
(213) 384-4900
Attn: Martin Simone, Esq.

MS. GEMMA GUCCI (via overnight mail)
238 West 14th Street
New York, NY 10011