Edward G. Williams (EW 8737)
Frank S. Occhipinti  (FO 7204)
STEWART OCCHIPINTI, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

*Attorneys for Defendants Edward Litwak and Jennifer Gucci*

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
......................................................X

GUCCI AMERICA, INC.,

    Plaintiff,

  -against-

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE
AND GELATO COMPANY, INC., VERATEX,
INC., COLLEZIONE DI CASA, INC., E.L.
ERMAN- DEAD SEA COSMETICS CORP.,
ELE BRANDS ENTERPRISES, INC., GBN
WATCH COLLECTION, INC., GBN GLOBAL
BUSINESS NETWORK, EDWARD LITWAK
d/b/a ED LITWAK & ASSOCIATES, ABC
CORPORATIONS 1-10, and JOHN DOES 1-10,

    Defendants.
......................................................X

**AFFIRMATION
OF SERVICE**

07 Civ. 6820 (RMB)(JCF)

  Edward G. Williams, an attorney admitted to practice law in the State of New York, affirms under penalty of perjury as follows: I am Of Counsel to the firm of Stewart Occhipinti, LLP, attorneys for Defendants Jennifer Gucci and Edward Litwak, d/b/a Ed Litwak & Associates, in the above-captioned action. I am not a party to this action and am over 18 years of age. On March 14, 2008 and March 17, 2008, I caused the annexed Order to Show Cause and Notice of Submission of In Camera Documents to be served on the individuals listed by the methods indicated below:

ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
(212) 715-1000
<u>Attn</u>: Louis Ederer, Esq.
*Via Facsimile and Overnight Mail*

BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000
<u>Attn</u>: Howard M. Rogatnick, Esq.
*Via Facsimile and Overnight Mail*

FISHER & KREKORIAN
3130 Wilshire Blvd., Suite 200
Santa Monica, CA 90403
(310) 862-1220
<u>Attn</u>: R. Kevin Fisher, Esq.
*Via Facsimile and Overnight Mail*

SIMONE & ROOS
3530 Wilshire Blvd., Suite 1600
Los Angeles, CA. 90010
(213) 384-4900
<u>Attn</u>: Martin Simone, Esq.
*Via Facsimile and Overnight Mail*

MS. GEMMA GUCCI
238 West 14th Street
New York, NY 10011
*Via Facsimile and Overnight Mail*

In addition, I had the foregoing documents, together with the Declaration of Edward G. Williams and annexed exhibits and Memorandum of Law in Support of Motion, served on the following parties, on March 14, 2008, by the methods indicated below:

Ed Litwak & Associates
c/o Edward Litwak
12868 Via Latina
Del Mar, California 92014
<u>cosm@sbcglobal.net</u>
*Via Federal Express and Electronic Mail*

2

Ms. Jennifer Gucci
c/o Ed Litwak & Associates
12868 Via Latina
Del Mar, California 92014
    and
Ms. Jennifer Gucci
La Solana de Nagueles
Las Mimosas 9
26900 Marbella Spain
jennygucci@hotmail.co.uk
*Both Via Federal Express and Electronic Mail*

Dated: New York, New York
    March 17, 2008

                                        _____
                                        Edward G. Williams