Edward G. Williams (EW 8737)
Frank S. Occhipinti (FO 7204)
STEWART OCCHIPINTI, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 239-5500

*Attorneys for Defendants Jennifer
   Gucci and Edward Litwak, d/b/a
   Ed Litwak & Associates*

UNITED STATES DISTIRCT COURT
SOUTHERN DISTRICT OF NEW YORK
................................................................ X

GUCCI AMERICA, INC.,

                Plaintiff,                         **NOTICE OF IN CAMERA
                                                                                   SUBMISSION**

      -against-

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, VERATEX, INC.,              07 Civ. 6820 (RMB)(JCF)
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., LOUISVILLE
BEDDING COMPANY, EDWARD LITWAK d/b/a
ED LITWAK & ASSOCIATES, ABC
CORPORATIONS 1-10, and JOHN DOES 1-10,

                Defendants.

................................................................X

      PLEASE TAKE NOTICE that Stewart Occhipinti, LLP ("Stewart Occhipinti")

has submitted, *in camera*, to the Honorable Richard M. Berman, United States District

Judge, and at the request of Edward Litwak, papers sent to Stewart Occhipinti by Mr.

Litwak in response to the Order to Show Cause returnable on March 25, 2008 (in which

1

Stewart Occhipinti requests permission of the Court to be relieved and discharged as counsel for Jennifer Gucci and Edward Litwak, d/b/a Ed Litwak & Associates), consisting of the Declaration of Edward Litwak dated March 18, 2008 and the Declaration of Martin Simone, Esq., also dated March 18, 2008.

Dated: New York, New York
      March 20, 2008

                    **STEWART OCCHIPINTI, LLP**

               By: _____
                    Edward G. Williams, Esq.
                    Frank S. Occhipinti Esq.
            65 West 36th Street, 7th Floor
            New York, New York 10018
            Tele.: (212) 239-5500
            *Attorneys for Defendants Jennifer Gucci and Edward Litwak, d/b/a Ed Litwak & Associates*