# STEWART LLP
# OCCHIPINTI

*Attorneys and Counselors at Law*





3/24/08

65 West 36th Street, 7th Floor
New York, NY 10018
tel: (212) 239-5500
fax: (212) 239-7030

March 21, 2008

**VIA HAND DELIVERY**

The Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 560
New York, NY 10007

**MEMO ENDORSED**

p2

Re:  *Gucci America, Inc. v. Jennifer Gucci, et al.*,
     07-Civ-6820 (RMB) (JCF)

Dear Judge Berman:

    We are counsel of record for Defendants, Jennifer Gucci and Edward Litwak, in the above-referenced matter. As Your Honor is aware, our motion for an order discharging and relieving Stewart Occhipinti, LLP as counsel to Ms. Gucci and Mr. Litwak is scheduled to be heard on March 25, 2008 at 9:00 A.M.

    Mr. Litwak has requested, on behalf of both he and Ms. Gucci, that they be permitted to attend the hearing on the motion *via* teleconference. Mr. Litwak resides in California; Ms. Gucci resides in the United Kingdom. If the Court permits their attendance in this manner, I will make the necessary arrangements. Thank you for your attention to this request.

Respectfully submitted,

Frank S. Occhipinti

FSO:je
cc: All Counsel/Parties on the attached list (*via facsimile*).
    Edward G. Willams, Esq.

*New York    New Jersey*

Hon. Richard M. Berman
March 21, 2008
Page 2 of 2

## COUNSEL/PARTIES LIST

ARNOLD & PORTER
399 Park Avenue
New York, NY 10022
(212) 715-1000
Attn: Louis Ederer, Esq.

BRYAN CAVE LLP
1290 Avenue of the Americas
New York, NY 10104
(212) 541-2000
Attn: Howard M. Rogatnick, Esq.

FISHER & KREKORIAN
3130 Wilshire Blvd., Suite 200
Santa Monica, CA 90403
(310) 862-1220
Attn: R. Kevin Fisher, Esq.

SIMONE & ROOS
3530 Wilshire Blvd., Suite 1600
Los Angeles, CA 90010
(213) 384-4900
Attn: Martin Simone, Esq.

MS. GEMMA GUCCI
238 West 14th Street
New York, NY 10011

> All counsel + parties to engage in good faith settlement b/f/in the conference. Settlement is critical because of the negative* turn this litigation has taken. These 2 Def/s may appear by phone, although going forward they will need to appear in person.
>
> SO ORDERED:
> Date: 3/24/08   Richard M. Berman
> Richard M. Berman, U.S.D.J.
>
> *(+ unfortunate)