UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

GUCCI AMERICA, INC.,

        Plaintiff,

- against -

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN -
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

        Defendants.

------------------------------------------------------------- x

Civil Action No.
07 cv 6820 (RMB) (JCF)

STIPULATION AND
[PROPOSED] ORDER



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

    WHEREAS, plaintiff Gucci America, Inc. ("Gucci") moved for expedited discovery and other relief in this action pursuant to an Order to Show Cause entered August 1, 2007; and

    WHEREAS Gucci, defendants Jennifer Gucci; Veratex, Inc. and Collezione di Casa, Inc. (collectively the "Veratex Defendants"); E.L. Erman - Dead Sea Cosmetics Corp. ("Erman") and Edward Litwak d/b/a Ed Litwak & Associates ("Litwak") reached agreement with respect to the relief sought in Gucci's motion for expedited discovery and consented to the entry of a Temporary Restraining Order and Order for Expedited Discovery, which was subsequently entered by the Hon. James C. Francis IV, on August 20, 2007 (the "August 20 Order"); and

    WHEREAS, the August 20 Order provides, among other things, that:

    1.    Gucci shall take expedited discovery of Jennifer Gucci, the Veratex Defendants, Erman, and Litwak (the "Expedited Discovery Order"); and

1

2. During the expedited discovery period, and for a period of ten (10) business days thereafter, and for such additional period as may be ordered by the Court, Jennifer Gucci, the Veratex Defendants, Erman, and Litwak, and their subsidiaries, affiliates, divisions, officers, directors, principals, servants, employees, successors and assigns, and all those in active concert or participation with them, shall be temporarily restrained from:

(a) licensing, sublicensing, manufacturing, importing, exporting, advertising, promoting, displaying, distributing, circulating, offering for sale, selling or otherwise disposing of in any manner or removing from their respective business premises any products bearing the JENNIFER GUCCI name; and

(b) imitating, copying or making unauthorized use of the following federally-registered trademarks owned by Gucci, including: U.S. Trademark Reg. Nos. 876,292, 959,338, 972,078, 1,093,769, 1,140,598, 1,168,477, 1,169,019, 1,168,922, 1,200,991, 1,202,802, 1,321,864, and 1,340,599 for the GUCCI word mark; U.S. Trademark Reg. Nos. 1,122,780, 1,123,224, and 1,483,526 for Gucci's Green-Red-Green stripe Design; and U.S. Trademark Reg. Nos. 2,680,237, 3,072,547, and 3,072,549 for Gucci's Repeating GG Design (the "Temporary Restraining Order"); and

WHEREAS, the Temporary Restraining Order has been extended on consent by order of the Honorable Richard M. Berman dated January 14, 2008, through the trial of the matter; and

WHEREAS, defendant Gemma Gucci was served with the Amended Complaint in this action on January 11, 2008; and

WHEREAS, Gucci agreed to extend the time for Gemma Gucci to answer the Amended Complaint to February 27, 2008, provided Gemma Gucci:

(i) agreed to respond to Gucci's discovery requests and to appear for deposition as soon as practicable;

2

(ii) agreed that the additional time to respond to the Amended Complaint will not be used as a basis to request a continuance of the trial, to delay discovery, or to be used as a basis to delay or extend the discovery cutoff; and

(iii) agreed to be bound by the Temporary Restraining Order currently in place in the action and which will remain in place in the action until the trial of this matter; and

WHEREAS, pursuant to the agreement, Gemma Gucci answered the Amended Complaint on February 27, 2008; and

WHEREAS, Gemma Gucci responded to Gucci's discovery requests on March 5, 2008 and appeared for deposition on March 21, 2008:

NOW, THEREFORE, IT IS HEREBY ORDERED, that Gemma Gucci, and her servants, employees, successors and assigns, and all those in active concert or participation with her, shall be bound by the Temporary Restraining Order currently in place in the action and which will remain in place in the action until the trial of this matter.

Dated: New York, New York
~~March 01, 2008~~
April __

ARNOLD AND PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000
*Attorneys for Plaintiff Gucci America, Inc.*

GEMMA GUCCI

By: _____
Gemma Gucci
238 West 14th Street
New York, New York 10011
*Pro se*

Dated: New York, New York
~~March~~ __, 2008
April 8,

SO ORDERED:

_____
Hon. James C. Francis, IV
United States Magistrate Judge

3