# ARNOLD & PORTER LLP

APR 1 2008

**Louis S. Ederer**
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

April 9, 2008

**BY HAND**
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007

**MEMO ENDORSED**

Re:   Gucci America, Inc. v. Jennifer Gucci, et al., 07 cv 6820 (RMB) (JCF)

Dear Judge Berman:

We represent plaintiff Gucci America, Inc. ("Gucci") in the above entitled action. We write to inform the Court of Gucci's anticipated motion for summary judgment against defendants Jennifer Gucci, Edward Litwak d/b/a Ed Litwak & Associates ("Litwak") and Gemma Gucci (collectively the "Gucci Defendants"). We seek the Court's guidance as to whether, in connection with this motion, it will require a pre-motion conference and pre-motion conference letter, as specified in the Court's individual rules.

As the Court is aware, discovery in this case closed on March 21, 2008, and the case is awaiting a trial date. Currently, the parties are scheduled to appear before the Court on April 28, 2008 for a hearing to discuss the pending motion of counsel for defendants Litwak and Jennifer Gucci to withdraw.

Under the Scheduling Order issued on January 14, 2008 (the "Scheduling Order"), the parties were to have submitted a joint pretrial order and witness statements on March 31, 2008, and trial was set for April 21. The Scheduling Order also provided for the filing of any dispositive motions with the joint pretrial order on March 31. The Scheduling Order did not require a party filing a dispositive motion to request a pre-motion conference. Gucci was in the process of preparing a motion for summary judgment when the schedule was adjourned.

Gucci respectfully requests the opportunity to file its motion for summary judgment forthwith, so that it can be considered by the Court well in advance of any trial date the Court may wish to establish. This way, if the Court were to grant summary judgment, the need for a trial may be completely alleviated, or the issues to be tried may be significantly narrowed.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4-10-08

# ARNOLD & PORTER LLP

The Hon. Richard M. Berman
April 9, 2008
Page 2

      We look forward to the Court's direction on this matter at its earliest convenience.

                Respectfully yours,

                ARNOLD & PORTER LLP

    By: *[signature]*
            Louis S. Ederer

cc:    R. Kevin Fisher, Esq. (via facsimile and email)
       Martin Simone, Esq. (via facsimile and email)
       Howard Moss Rogatnick, Esq. (via facsimile and email)
       Edward G. Williams, Esq. (via facsimile and email)

---

> No. See Court's rules re:
> motions. (Actually, it seems
> you already know the rules.)
>
> SO ORDERED
> Date: 4/10/08   *[signed]* Richard M. Berman
> Richard M. Berman, U.S.D.J.