UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

GUCCI AMERICA, INC.,

                  Plaintiff,

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

                  Defendants.

_____X

Civil Action No. 07 CV 6820
(RMB)(JCF)

**NOTICE OF
APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for Defendants JENNIFER GUCCI,

JENNY GUCCI COFFEE AND GELATO COMPANY, INC., EDWARD LITWAK doing

business as ED LITWAK & ASSOCIATES, and GEMMA GUCCI.

I certify that I am admitted to practice in this Court.

Dated:  White Plains, New York
       April 28, 2008

                       HARRINGTON, OCKO & MONK, LLP

                             s/ Kevin J. Harrington
          By:  _____
                         Kevin J. Harrington [KH-5027]
                         kharrington@homlegal.com
                         *Attorneys for Defendants Jennifer Gucci,*
                         *Jenny Gucci Coffee and Gelato Company,*
                         *Inc., Edward Litwak doing business as Ed*
                         *Litwak & Associates, and Gemma Gucci*
                         81 Main Street, Suite 215
                         White Plains, NY 10601
                         (914) 686-4800

2

TO:    Louis Sherman Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER, LLP
*Attorneys for Plaintiff*
399 Park Avenue
New York, NY  10022
(212) 715-1000

Howard M. Rogatnick, Esq.
271 Madison Avenue, 20th Floor
New York, NY  10019
(212) 692-1896
*Attorneys for Defendants Veratex, Inc.*
*Collezione Di Casa, Inc. and E.L.*
*Erman – Dead Sea Company, Ele*
*Brands Enterprise, Inc., GBN Watch*
*Collection, Inc., and GBN Global*
*Business Network*

R. Kevin Fisher, Esq.
FISHER & KREKORIAN
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA  90403
*Attorneys for Defendants Veratex, Inc.*
*Collezione Di Casa, Inc. and E.L.*
*Erman – Dead Sea Company, Ele*
*Brands Enterprise, Inc., GBN Watch*
*Collection, Inc., and GBN Global*
*Business Network*

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA  90010

Edward G. Williams, Esq.
Frank S. Occhipinti, Esq.
STEWART OCCHIPINTI, LLP
65 West 36th Street, 7th Floor
New York, NY  10018
(212) 239-5500