UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____X

GUCCI AMERICA, INC.,                                      Civil Action No. 07 CV 6820

               Plaintiff,                                 (RMB)(JCF)

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND        **CERTIFICATE OF**
GELATO COMPANY, INC., VERATEX, INC.,         **SERVICE**
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

               Defendants.

_____X

     I hereby certify that a true and correct copy of the **Notice of Appearance** was

sent by United States Postal Service First Class Mail on April 28, 2008 upon:

Louis Sherman Ederer, Esq.                       Howard M. Rogatnick, Esq.
John Maltbie, Esq.                               271 Madison Avenue, 20th Floor
ARNOLD & PORTER, LLP                             New York, NY 10019
399 Park Avenue
New York, NY 10022                               Martin Simone, Esq.
                                                 SIMONE & ROOS
R. Kevin Fisher, Esq.                            3530 Wilshire Boulevard, Suite 1600
FISHER & KREKORIAN                               Los Angeles, CA 90010
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA 90403

Edward G. Williams, Esq.
Frank S. Occhipinti, Esq.
STEWART OCCHIPINTI, LLP
65 West 36th Street, 7th Floor
New York, NY 10018

Dated:  White Plains, New York
       April 28, 2008                               s/ Kevin J. Harrington

                                    _____
                                    Kevin J. Harrington [KH-5027]