S Berman (?)

MAY-23-2008  12:15        HARRINGTON OCKO MONK                                P.02/04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X
GUCCI AMERICA, INC.,                          Civil Action No. 07 CV 6820
                                              (RMB)(JCF)
                    Plaintiff,

        -against-

JENNIFER GUCCI, JENCO DESIGNS, LLC,           STIPULATION
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS         **MEMO ENDORSED**
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,             *As Amended*
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

                    Defendants.
————————————————————X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

the date by which parties are required to file direct testimony by affidavit, a joint pretrial order,

and Plaintiff is to file proposed pretrial findings of fact and conclusions of law has been

adjourned from June 3, 2008 to and including June ~~20~~ 17, 2008.                      *RMB*

        IT IS FURTHER STIPULATED AND AGREED, by and between the undersigned, that

the date by which the defendants are to file proposed findings of fact and conclusions of law has

been extended from June 10, 2008 to and including June ~~27~~ 17, 2008.

        ~~IT IS FURTHER AGREED AND RESPECTFULLY REQUESTED, by and between the undersigned, that the Court adjourn the status conference presently scheduled for June 17, 2008 to July 1, 2008.~~

*Trial begins on Monday, June 30, 2008 @ 9:00 AM*

MAY-23-2008  12:16        HARRINGTON OCKO MONK                              P.03/04

IT IS FURTHER ORDERED that based on the agreement of the parties, and good cause appearing, that the Temporary Restraining Order presently in place shall continue to be, and is hereby, extended until the trial of this matter, or for such additional period as may be ordered by the Court.

This Stipulation may be filed without further notice with the Clerk of the Court, may be executed by any of the signatories hereto in separate counterparts, and which taken together shall constitute this Stipulation, and facsimile signatures are to be accepted as originals.

By: _____
Kevin J. Harrington [KH-5027]
John T.A. Rosenthal [JR-4819]
HARRINGTON, OCKO & MONK, LLP
*Attorneys for Defendants Jennifer Gucci,*
*Jenny Gucci Coffee and Gelato Company,*
*Inc., Edward Litwak doing business as Ed*
*Litwak & Associates, and Gemma Gucci*
81 Main Street, Suite 215
White Plains, NY 10601
(914) 686-4800

Dated: _____

By: _____
Howard M. Rogatnick, Esq. [HR-3777]
BRYAN CAVE LLP
*Attorneys for Defendants Veratex, Inc.*
*Collezione Di Casa, Inc. and E.L.*
*Erman – Dead Sea Company, Ele*
*Brands Enterprise, Inc., GBN Watch*
*Collection, Inc., and GBN Global*
*Business Network*
1290 Avenue of the Americas
New York, NY 10104
(212) 541-1296

Dated: *May 27, 2008*

By: _____
Louis Sherman Ederer, Esq. [LE-7574]
John Maltbie, Esq. [JM-3658]
ARNOLD & PORTER, LLP
*Attorneys for Plaintiff*
399 Park Avenue
New York, NY 10022
(212) 715-1000

Dated: _____

2

MAY-23-2008 12:16      HARRINGTON OCKO MONK                                    P.04/04

*As modified*

SO ORDERED:
_____RMB_____
U.S.D.J.
5/28/08

3

TOTAL P.04