UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
GUCCI AMERICA, INC.,                                :
                                                    :
                         Plaintiff,    :    07 Civ. 6820 (RMB)
                                                    :
    - against -                                    :    **ORDER OF DISCONTINUANCE**
                                                    :
JENNIFER GUCCI, JENCO DESIGNS, LLC,                 :
JENNICOR, LLC, JENNY GUCCI COFFEE AND               :
GELATO COMPANY, INC., VERATEX, INC.,                :
COLLEZIONE DI CASA, INC., E.L. ERMAN-               :
DEAD SEA COSMETICS CORP., ELE BRANDS                :
ENTERPRISE, INC., GBN GLOBAL BUSINESS               :
NETWORK, EDWARD LITWAK d/b/a ED                     :
LITWAK & ASSOCIATES, GEMMA GUCCI,                   :
GEMMA GUCCI COFFEE AND GELATO                       :
COMPANY, INC., ABC CORPORATIONS 1-10,               :
and JOHN DOES 1-10.                                 :
                                                    :
                         Defendants.   :
------------------------------------------------------------x

    Based upon the parties' failure to appear at a pre-trial conference scheduled for June 17, 2008 at 10:30 am, it is hereby

    **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued without prejudice. The parties may wish to review a copy of the transcript of the June 17, 2008 proceedings for further detail.

**SO ORDERED**.

Dated: New York, New York
         June 17, 2008

                                                    RICHARD M. BERMAN, U.S.D.J.