UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

GUCCI AMERICA, INC.,

                Plaintiff,

-against-

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

                Defendants.
_____X

Civil Action No. 07 CV 6820
(RMB)(JCF)

**DECLARATION OF
JOSEPH OLIVERI**

      I, JOSEPH OLIVERI, a non-party in the above-captioned matter, do declare and say under penalty of perjury, under the laws of the United States, that the following is true and accurate, to the best of my knowledge:

      1.    I am a non-party in the above-captioned matter. I make this Declaration based on my personal knowledge, except as indicated otherwise, and if called as a witness could competently testify thereto.

      2.    Beginning in or about 1980-81, I became the Designer Director/Coordinator for Paolo Gucci when he left Gucci S.p.A. and Gucci Shops, Inc.

      3.    During my period as the Design Director/Coordinator for Paolo Gucci, I was involved in most aspects of designing and assisting Paolo Gucci in designing various products

and fashions, including leather goods and ready-to-wear items. I first became acquainted with Paolo Gucci, socially, through his wife Jennifer Gucci during this period.

4. During my period as Design Director/Coordinator for Paolo Gucci during the 1980's, I often attended meetings and had discussions with Paolo Gucci regarding his designs and fashions. During many of such meetings with Paolo Gucci, his wife, Jennifer Gucci, was present. During such meetings I had or attended with Paolo Gucci regarding his fashions and designs, Jennifer Gucci often provided design input regarding the designs and fashions at issue.

5. During my period as Designer Director/Coordintaor for Paolo Gucci, his wife Jennifer Gucci, met with and discussed design issues with manufacturers, designers and others regarding Paolo Gucci's designs and merchandise.

6. In or about 1988, I was the Executive Vice President for Paolo Gucci International Hotels, Ltd. This corporation was devised and conceived to operate luxury hotels. Mr. Edward Litwak was also involved with this luxury hotel project; Mr. Litwak was Paolo Gucci's licensing agent after Paolo Gucci terminated his role with the Gucci businesses.

7. In conjunction with developing the business plan to operate these proposed luxury hotels, Paolo Gucci and I were to coordinate and accomplish the design of the furniture, furnishings, bedding and bathroom accessories to be utilized in the hotels. Paolo Gucci's wife, Jennifer Gucci, participated in and provided design input at various of the meetings and discussions I had with Paolo Gucci regarding the designs and decor of the proposed luxury hotels, including the furnishings, bedding and bathroom accessories to be utilized in the hotels, in particular from a feminine perspective. Jennifer Gucci visited several sites for the proposed "Palazzo Grande by Paolo Gucci" hotel locations.

*[signature]*
JOSEPH OLIVERI
26 Punsit View Drive
Chatham, NY 12037

Sworn to before me this
16th day of June, 2008

*[signature]*
Notary Public

Tiffany Jenrich
No. 01JE6157912
Notary Public, State of New York
Qualified in Columbia County
My Commision Expires Dec. 11, 20 10

3