UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| GUCCI AMERICA, INC., <br>                    Plaintiff, | Civil Action No. 07 CV 6820 <br> (RMB)(JCF) |
| JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN-DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10, <br>                    Defendants. | **CERTIFICATE OF SERVICE** |

_____X

   I hereby certify that a true and correct copy of the **Declaration of Joseph Oliveri**

was sent by United States Postal Service First Class Mail on June 17, 2008 upon:

Louis Sherman Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY  10022

R. Kevin Fisher, Esq.
FISHER & KREKORIAN
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA  90403

Howard M. Rogatnick, Esq.
271 Madison Avenue, 20th Floor
New York, NY  10019

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA  90010

Dated:  White Plains, New York
        June 17, 2008

                              s/ Kevin J. Harrington
                              _____
                              Kevin J. Harrington [KH-5027]