UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————X

| | |
|---|---|
| GUCCI AMERICA, INC.,<br>                Plaintiff, | Civil Action No. 07 CV 6820<br>(RMB)(JCF) |
| JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN-DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,<br>                Defendants. | **CERTIFICATE OF SERVICE** |

————————————————————X

I hereby certify that a true and correct copy of the **Defendants' Proposed Findings of Fact and Conclusions of Law** was sent by United States Postal Service First Class Mail on June 17, 2008 upon:

Louis Sherman Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022

R. Kevin Fisher, Esq.
FISHER & KREKORIAN
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA 90403

Howard M. Rogatnick, Esq.
271 Madison Avenue, 20th Floor
New York, NY 10019

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

Dated:  White Plains, New York
           June 17, 2008

                                          s/ Kevin J. Harrington
                                          _____
                                          Kevin J. Harrington [KH-5027]