Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

| | |
|---|---|
| GUCCI AMERICA, INC., | Civil Action No. 07 Civ. 6820 (RMB) |
| Plaintiff, | |
| - against - | **NOTICE OF MOTION *IN LIMINE* TO PRECLUDE DEFENDANTS' INTRODUCTION OF ANY EVIDENCE CONCERNING A FOREIGN COURT JUDGMENT/SETTLEMENT** |
| JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN - DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

------------------------------------------------------------ x

PLEASE TAKE NOTICE that Plaintiff Gucci America, Inc. hereby moves, before the

Honorable Richard M. Berman, United States District Judge, United States District Court,

Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be

1

set by the Court, for an order *in limine* precluding Defendants from introducing any evidence concerning a foreign court judgment/settlement during the trial of this action.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Plaintiff will rely on Plaintiff Gucci America, Inc.'s Memorandum of Law in Support of Its Motion *In Limine* To Preclude Any Evidence Concerning a Foreign Court Judgment/Settlement.

Dated: New York, New York
June 17, 2008

ARNOLD & PORTER LLP

By: _____
Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiff Gucci America, Inc.*

2