UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
                                                        :
GUCCI AMERICA, INC.,                                    :    Civil Action No.
                                                        :    1:07-cv-6820 (RMB) (JCF)
                    Plaintiff,                          :
                                                        :
           - against -                                  :    **JOINT PRE-TRIAL ORDER**
                                                        :
JENNIFER GUCCI, JENCO DESIGNS, LLC,                     :
JENNICOR, LLC, JENNY GUCCI COFFEE AND                   :
GELATO COMPANY, INC., VERATEX, INC.,                    :
COLLEZIONE DI CASA, INC., E.L. ERMAN -                  :
DEAD SEA COSMETICS CORP., ELE BRANDS                    :
ENTERPRISE, INC., GBN WATCH                             :
COLLECTION, INC., GBN GLOBAL BUSINESS                   :
NETWORK d/b/a EDWARD LITWAK d/b/a ED                    :
LITWAK & ASSOCIATES, GEMMA GUCCI,                       :
GEMMA GUCCI COFFEE AND GELATO                           :
COMPANY, INC., ABC CORPORATIONS 1-10,                   :
and JOHN DOES 1-10,                                     :
                                                        :
                    Defendants.                         :
                                                        :
-------------------------------------------------------------------- x

        Plaintiff Gucci America, Inc. and Defendants Jennifer Gucci, Gemma Gucci and Edward

Litwak, d/b/a Ed Litwak and Associates, in accordance with the pre-trial procedures of United

States District Judge Richard M. Berman, hereby submit the following Joint Pretrial Order in

connection with the above captioned litigation.

I.      **Counsel for the Parties**

        A.      **Counsel for Plaintiff Gucci America, Inc.**

                By:     ARNOLD & PORTER LLP
                        Louis Sherman Ederer (LE 7574)
                        John Maltbie (JM 3658)
                        399 Park Avenue
                        New York, New York 10022
                        Telephone: (212) 715-1000
                        Facsimile: (212) 715-1399
                        Email: Louis_Ederer@aporter.com
                        Email: John_Maltbie@aporter.com

**B.**     **Counsel for Defendants Jennifer Gucci, Gemma Gucci and Edward Litwak**

By:     HARRINGTON, OCKO & MONK, LLP
Kevin J. Harrington (KH 5027)
John T.A. Rosenthal (JR 4819)
81 Main Street, 2nd Floor
White Plains, New York 10601
Telephone: (914) 686-4800
Facsimile: (914) 686-4824
Email: kharrington@homlegal.com
Email: jrosenthal@homlegal.com

## II.     Statement Concerning Subject Matter Jurisdiction

The Court has subject matter jurisdiction under the Lanhan Act, 15 U.S.C.§ 1051 *et. seq.*,

15 U.S.C § 1121 and 28 U.S.C. § 1331, and 28 U.S.C. §§ 2201, 2202.

## III.     Statement of Plaintiff's Claims

Plaintiff has asserted claims of trademark infringement of its famous Gucci trademarks

under 15 U.S.C. § 1114(1)(a); trademark counterfeiting under 15 U.S.C §§ 1114(1)(a) and 1116;

false designation of origin under 15 U.S.C § 1125(a); trademark dilution under 15 U.S.C §

1125(c); common law trademark infringement under the common law of the State of New York;

unfair competition under the common law of the State of New York; deceptive acts and practices

under New York G.B.L. § 349; and trademark dilution under New York G.B.L. § 360.

## IV.     Statement of Defendants' Defenses and Counterclaims

Defendants Jennifer Gucci, Gemma Gucci and Edward Litwak d/b/a Edward Litwak &

Associates ("Defendants") have denied Plaintiff's claims. Defendants maintain that pursuant to

the 1988 decision and order of Judge Connor in *Gucci v. Gucci Shops, Inc.*, 688 F. Supp. 916

(S.D.N.Y. 1988), and other case law in the Second Circuit and elsewhere, Defendants Jennifer

Gucci and Gemma Gucci are entitled to be involved in the design of various products and in

connection with such design activities to use, and license the use of, their names for various

products and services, provided that the marketing and/or packaging for such goods and/or

- 2 -

services indicates that the goods or services are designed or approved by Jennifer Gucci or Gemma Gucci, and the marketing and/or packaging materials contain a disclaimer that neither Jennifer Gucci nor Gemma Gucci are affiliated with Plaintiff.  Defendants also maintain that they are not using trademarks registered to Gucci in the United States, and that the use of Defendants' sur-names on goods and/or services is not likely to confuse consumers into believing the goods and/or services bearing Defendants' sur-names are associated with or derive from Plaintiff, and that Defendants use of their sur-names on such goods and/or services do not blur or tarnish Plaintiff's marks or reputation, and do not impair the distinctiveness of Plaintiff's marks.  Defendants also assert that Plaintiff is precluded from bringing its causes of action under the doctrines of laches and estoppel, as Plaintiff and/or its affiliated entities have known of Defendants' use of their sur-names on products for more than seven (7) years as of the date of the commencement of this action, and that seven (7) years ago, Plaintiff's affiliated entity, Gucci S.p.A., agreed to allow Defendant Gemma Gucci to use her sur-name in the manner now complained of.

## V.    Statement of Type and Estimated Length of Trial

The case is to be tried without a jury and the parties estimate that 3 trial days are needed.

## VI.    Statement as to Whether the Parties Consent to Trial By a Magistrate Judge

The parties have not consented to trial of the case by a magistrate judge.

## VII.    Stipulations of the Parties

The parties stipulate and agree as to the following:

1.      The Court has jurisdiction over the parties and the subject matter hereof.

2.      Gucci is the owner of all right, title and interest in and to, *inter alia*, the following trademarks and/or service marks which are all registered with the United States Patent and Trademark Office (collectively the "Gucci Trademarks"):

| Mark | Reg. No. | Reg. Date | Class(es) |
|---|---|---|---|
| GUCCI | 876,292 | 09/09/69 | 16, 18, 21, 25 |
| | 959,338 | 05/22/73 | 14 |
| | 972,078 | 10/30/73 | 42 |
| | 1,093,769 | 06/20/78 | 16 |
| | 1,140,598 | 10/21/80 | 3 |
| | 1,168,477 | 09/08/81 | 25 |
| | 1,169,019 | 09/15/81 | 9 |
| | 1,168,922 | 09/15/81 | 6 |
| | 1,200,991 | 07/13/82 | 14 |
| | 1,202,802 | 07/27/82 | 25 |
| | 1,321,864 | 02/26/85 | 9 |
| | 1,340,599 | 06/11/85 | 14 |
| GREEN-RED-GREEN STRIPE  | 1,122,780 | 07/24/79 | 18 |
| | 1,123,224 | 07/31/79 | 14 |
| | 1,483,526 | 04/05/88 | 25 |
| REPEATING GG DESIGN  | 2,680,237 | 01/28/03 | 14 |
| | 3,072,547 | 03/28/06 | 25 |
| | 3,072,549 | 03/28/06 | 18 |

4.    Defendant Jennifer Gucci was married to Paolo Gucci from 1977 until 1995, when Paolo Gucci died.

5.    Defendant Gemma Gucci is the daughter of Defendant Jennifer Gucci and Paolo Gucci, and was born in 1983.

## VIII.   Plaintiff's Trial Witnesses

Jonathan Moss

Terilynn Novak

Avi Cohen

Shane Springer

Sandy Cho (by witness statement or by deposition testimony)

Yakov Ergas

Mandy Talbert

Brian Jaffe

Richard Gazlay

John Macaluso

Randy Sizemore

Michael Pino (by subpoena)

Plaintiff further reserves the right to call rebuttal witnesses.

## IX.   Defendants' Trial Witnesses

Jennifer Gucci

Gemma Gucci

Edward Litwak

Joseph Oliveri

## X.   Plaintiff's Trial Exhibits

Plaintiff's Trial Exhibit list is attached hereto as Exhibit A.

## XI.   Defendants' Trial Exhibits

Defendants' Trial Exhibit list is attached hereto as Exhibit B.

**XII.    Plaintiff's Deposition Designations**

Plaintiff's Deposition Designations are attached hereto as Exhibit C.

Dated: June 17, 2008

ARNOLD & PORTER LLP                    HARRINGTON, OCKO & MONK LLP

By: _____            By: _____
Louis S. Ederer (LE 7574)                 Kevin J. Harrington (KH 5027)
John Maltbie (JM 3658)                    John T.A. Rosenthal (JR 4819)
399 Park Avenue                           81 Main Street, 2nd Floor
New York, New York 10022                  White Plains, New York 10601
Telephone: (212) 715-1000                 Telephone: (914) 686-4800
*Attorneys for Plaintiff*                 *Attorneys for Defendants Jennifer Gucci,*
*Gucci America, Inc.*                     *Gemma Gucci and Edward Litwak, d/b/a Ed*
                                          *Litwak & Associates*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

GUCCI AMERICA, INC.,

        Plaintiff,

    - against -

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN -
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

        Defendants.

---------------------------------------------------------- x

Civil Action No.
07 cv 6820 (RMB) (JCF)

## PLAINTIFF GUCCI AMERICA, INC.'S TRIAL EXHIBIT LIST

Plaintiff Gucci America, Inc. ("Gucci") hereby provides the following list of exhibits that Gucci intends to introduce at trial. Gucci reserves the right to introduce the exhibits at trial in any order it sees fit. Gucci further reserves the right to supplement this exhibit list.

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 1 | Pacificap Entertainment Holdings, Inc SEC Print-out | Px. 1 | |
| Px. 2 | Gemma Global, Inc. Information | Px. 2 | |
| Px. 3 | 3/3/00 License Agreement between Harrow, Inc. and Flitsch & Bendayan | Px. 3 | |
| Px. 4 | Global Home Marketing, Inc SEC Print-out | Px. 4 | |
| Px. 5 | Unexecuted Master License Agreement dated 2/2/04 between J. Gucci and E. Litwak & Associates | Px. 6 | |
| Px. 6 | Correspondence Re: JG trademarks provided by E. Litwak to Veratex on 5/29/07 | Px. 7 | |
| Px. 7 | 8/18/06 License Agreement between E. Litwak and JG Coffee & Gelato, Inc. | Px. 8 | |
| Px. 8 | Marketing sheet for Gemma Gucci Gelato Ice Cream | Px. 9 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 9 | 8/3/06 License Agreement between E. Litwak and Eccentric Gourmet | Px. 10 | |
| Px. 10 | Pacificap Entertainment Holdings Gemma Gucci Agreement | Px. 11 | |
| Px. 11 | 3/3/00 Correspondence (Showtime) Re: The Gucci Wars | Px. 12 | |
| Px. 12 | Gucci Film Project Sheet | Px. 13 | |
| Px. 13 | 6/7/00 Rights Agreement Re: The Gucci Wars | Px. 14 | |
| Px. 14 | Final Judgment in the Paolo Gucci Case | Px. 15 | |
| Px. 15 | Opinion and Order in the Paolo Gucci Case | Px. 16 | |
| Px. 16 | Modified Final Judgment in Paolo Gucci Case | Px. 17 | |
| Px. 17 | Collezione De Casa - Spring Market 2008 | Px. 18 | |
| Px. 18 | 7/9/07 E-mail Internal at Veratex Re: JG rugs | Px. 19 | |
| Px. 19 | 8/2/07 Old JG materials provided by E. Litwak to Veratex | Px. 20 | |
| Px. 20 | 1/19/07 Letter from E. Litwak to A. Cohen Re: Information on Jennifer Gucci | Px. 21 | |
| Px. 21 | First Draft of Sub-license Agreement (note: no limitation on right to use JG trademark) | Px. 22 | |
| Px. 22 | 2/2/07 E-mail - JG Design Wrap Around In Color | Px. 23 | |
| Px. 23 | 2/5/07 E-mail - Veratex to E. Litwak Re: JG Color Label | Px. 24 | |
| Px. 24 | 3/2/07 E-mail - A. Cohen - Re: JG Front and Back Design | Px. 26 | |
| Px. 25 | 8/28/07 E-mail Internal at Veratex Re: New JG Packaging Design | Px. 27 | |
| Px. 26 | 3/30/07 E-mail from M. Yeh to A. Cohen Re: JG Packaging Designs | Px. 28 | |
| Px. 27 | 4/24/07 E-mail from M. Yeh to A. Cohen Re: JG Packaging designs | Px. 29 | |
| Px. 28 | Veratex Press Releases | Px. 30 | |
| Px. 29 | Invitation to view Collezione Di Casa designed by J. Gucci at Veratex New York Showroom, June 19 - 21, 2007 | Px. 31 | |
| Px. 30 | 6/11/07 JG Press Release | Px. 32 | |
| Px. 31 | 6/14 - 6/15/07 E-mails between potential customers and Veratex Re: JG Market Launch | Px. 33 | |
| Px. 32 | Examples of Louisville Bedding Packaging - In Color | Px. 34 | |
| Px. 33 | 5/30/07 E-mail from E.L. Erman to A. Cohen Re: JG cosmetics line color photos (no repeating JG) | Px. 35 | |
| Px. 34 | 5/31/07 E-mail from E.L. Erman to Veratex Re: Cosmetic line for JG in color (w/repeating JG) | Px. 36 | |
| Px. 35 | 2/15/07 E-mail from E. Litwak to B. Jaffe Re: JG Design | Px. 37 | |
| Px. 36 | 2/21/07 E-mail from E. Litwak to Proportion Fit Re: JG Design | Px. 38 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 37 | 3/20/07 E-mail from E. Litwak to B. Jaffe Re: Jenny photo and package designs | Px. 39 | |
| Px. 38 | 3/6/07 E-mail from E. Litwak to A. Cohen Re: update on numerous JG projects | Px. 40 | |
| Px. 39 | 4/30/07 E-mail from E. Litwak to A. Cohen Re: JG Mission statement | Px. 41 | |
| Px. 40 | 6/6/07 E-mail between E. Litwak and A. Cohen Re: Status of JG Projects | Px. 42 | |
| Px. 41 | 5/14/07 E-mail from E.L. Erman to Peach Direct Re: Relationship regarding JG Line | Px. 45 | |
| Px. 42 | 5/24/07 E-mail from David to Dale and cc'd to J. Ergas re E.L. Erman meeting follow-up | Px. 46 | |
| Px. 43 | 5/24/07 E-mail from Phil to J. Ergas forwarding front final and 5/24/07 E-mail from Phil to J. Ergas forwarding back final | Px. 47 | |
| Px. 44 | 5/25/07 E-mail from E.L. Erman to Peach Direct Re: JG Line | Px. 48 | |
| Px. 45 | 6/7/07 E-mail from E.L. Erman to Veratex Re: Cosmetics line for JG in color (w/repeating JG) | Px. 49 | |
| Px. 46 | 6/6/07 E-mail from E.L. Erman to Veratex Re: JG bath line color photos (w/repeating JG) | Px. 50 | |
| Px. 47 | 6/11/07 E-mail from E. Litwak to E.L. Erman Re: Sublicense Approval | Px. 51 | |
| Px. 48 | 6/5/07 - 6/11/07 E-mails (Group Exhibit) Re: E.L. Erman Sales Efforts (note one e-mail has photos of bath products attached w/ repeating JG) | Px. 52 | |
| Px. 49 | 5/30/07 E-mail from E.L. Erman to K. Fisher Re: Additional Information regarding Jennifer Gucci | Px. 53 | |
| Px. 50 | 6/7/07 E-mail from E.L. Erman to Peach Direct Re: JG Bath Line Agreement | Px. 54 | |
| Px. 51 | 6/26/07 E-mail from E.L. Erman to Peach Direct Re: Invoice | Px. 55 | |
| Px. 52 | 7/20/07 E-mail from R. Drori (PD) to E.L. Erman Re: PD Withholding Payment | Px. 56 | |
| Px. 53 | 6/11/07 E-mail from David Elan to Dafna and cc'd to J. Ergas re Posters and Flyers for the J. Gucci Show | Px. 57 | |
| Px. 54 | 7/2/07 E-mail Internal at E.L. Erman Re: List of Distributors | Px. 58 | |
| Px. 55 | 7/16/07 Print-out of E.L. Erman Website | Px. 59 | |
| Px. 56 | 7/16/07 Print-out of Alibaba.com Website | Px. 60 | |
| Px. 57 | 7/13/07 Collezione De Casa and E.L. Erman License Agreement | Px. 61 | |
| Px. 58 | 7/10/07 E-mail from E.L. Erman to A. Cohen Re: JG Watch Design in Color | Px. 62 | |
| Px. 59 | 7/11/07 E-mail from E.L. Erman to K. Fisher Re: JG watches | Px. 63 | |
| Px. 60 | 7/13/07 Watch License Agreement | Px. 64 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 61 | JG Watch Designs | Px. 65 | |
| Px. 62 | 7/12/07 E-mail from E.L. Erman to J. Ergas Re: JG Jewelry | Px. 66 | |
| Px. 63 | 5/15/07 Master License Agreement | Px. 68 | |
| Px. 64 | 3/2/07 E-mail from J. Gucci to A. Cohen Re: Revisions | Px. 69 | |
| Px. 65 | Jennifer Gucci linen carrying bag design | Px. 70 | |
| Px. 66 | Jennifer Gucci linen cosmetic bag design | Px. 71 | |
| Px. 67 | 4/10/07 E-mail from J. Gucci to A. Cohen Re: Revisions | Px. 72 | |
| Px. 68 | 7/24/07 Louisville Bedding Press Release | Px. 73 | |
| Px. 69 | Jennifer Gucci design board #196-07 | Px. 74 | |
| Px. 70 | Jennifer Gucci design board #188-07 | Px. 75 | |
| Px. 71 | Jennifer Gucci design board #174-07 | Px. 76 | |
| Px. 72 | Jennifer Gucci design board #218-07 | Px. 77 | |
| Px. 73 | Jennifer Gucci design board #219-07 | Px. 78 | |
| Px. 74 | Jennifer Gucci design board #183-07 | Px. 79 | |
| Px. 75 | 5/24/07 E-mail from J. Gucci to A. Cohen Re: J. Gucci trip to NY | Px. 80 | |
| Px. 76 | 6/7/07 Veratex Invitation to JG Market Launch | Px. 81 | |
| Px. 77 | Advertisement for viewing of Collezione Di Casa designed by J. Gucci at Veratex New York Showroom, June 19 - 21, 2007; published in Home Furnishings News on June 18, 2007 | Px. 82 | |
| Px. 78 | 2/13/07 E-mail - M. Pino to A. Cohen Re: legal link between Jennifer and GUCCI | Px. 83 | |
| Px. 79 | 2/17/07 E-mail - M. Pino to K. Fisher Re: licensing | Px. 84 | |
| Px. 80 | 3/15/07 E-mail from M. Pino to A. Cohen Re: JG in China | Px. 85 | |
| Px. 81 | 4/5/07 E-mail from M. Pino to Veratex Re: meeting between Therapedic and Veratex | Px. 86 | |
| Px. 82 | 4/18/07 E-mail from M. Pino to A. Cohen Re: JG/Therapedic - JG worldwide | Px. 87 | |
| Px. 83 | 4/26/07 E-mail from M. Pino to A. Cohen Re: JG PowerPoint presentation | Px. 88 | |
| Px. 84 | 5/3/07 E-mail from M. Pino to K. Fisher Re: Therapedic has concerns over trademark rights | Px. 89 | |
| Px. 85 | 7/4/07 E-mail from M. Pino to Veratex Re: JG line | Px. 90 | |
| Px. 86 | 7/14/07 E-mail from B. Jaffe to Veratex Re: JG line questions | Px. 91 | |
| Px. 87 | Group Exhibits containing Proportion Fit Documents including 1/26/07 Letter from E. Litwak to B. Jaffe Re: Proportion Fit Agreement | Px. 92 | |
| Px. 88 | New York Times article titled "Paolo Gucci Jailed for Not Paying Support," dated April 7, 1994. | Px. 93 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 89 | New York Times article titled "Paolo Gucci, 64, Prestigious, if Litigious, Designer. | Px. 94 | |
| Px. 90 | USPTO File Wrapper for Application No. 75446501 | Px. 95 | |
| Px. 91 | USPTO File Wrapper for Application No. 75446502 | Px. 96 | |
| Px. 92 | USPTO File Wrapper for Application No. 76/228124 | Px. 97 | |
| Px. 93 | J. Gucci USPTO Affidavit (App. No. 76/228124) | Px. 98 | |
| Px. 94 | Attorney Position Letter to USPTO (Application No. 76/228124) | Px. 99 | |
| Px. 95 | 2/28/07 E-mail from J. Gucci to A. Cohen Re: JG Package | Px. 100 | |
| Px. 96 | 7/26/07 E-mail from Shane Springer to A. Cohen re Gucci Pillow Tags | Px. 103 | |
| Px. 97 | 6/11/07 E-mail from Sandy to M. Pino re Gucci Preview | Px. 104 | |
| Px. 98 | 8/6/07 E-mail Internal at Veratex Re: Gucci pricing | Px. 105 | |
| Px. 99 | 6/8/07 E-mail from S. Springer to A. Cohen re J. Gucci - Veratex Invite | Px. 106 | |
| Px. 100 | 7/4/07 E-mail from D. Elan to Dale re J. Gucci Agreement | Px. 107 | |
| Px. 101 | 6/19/07 E-mail from Daphna to David re logo of Jennifer Gucci | Px. 108 | |
| Px. 102 | 6/19 - 6/21 Market Launch Summary of Meetings | Px. 109 | |
| Px. 103 | 5/24/07 E-mail from A. Cohen to D. Talbert re Gucci Bedding | Px. 110 | |
| Px. 104 | 6/12/07 E-mail from M. Pino to Dale listing meeting attendees | Px. 111 | |
| Px. 105 | 4/23/07 E-mail from M. Pino to A. Cohen Re: Therapedic excited about JG line | Px. 112 | |
| Px. 106 | 5/24/07 E-mail from M. Pino to D. Talbert re Artwork Boards | Px. 113 | |
| Px. 107 | 5/21/07 E-mail from M. Pino to K. Fisher Re: Therapedic needs agreement and wants to move forward | Px. 114 | |
| Px. 108 | 5/28/07 E-mail from M. Pino to RKF re Draft Agreement | Px. 115 | |
| Px. 109 | 6/6/07 E-mail from M. Pino to Veratex Re: JG International Efforts | Px. 116 | |
| Px. 110 | 6/10/07 E-mail from M. Pino to D. Talbert re NY | Px. 117 | |
| Px. 111 | D. Talbert/M. Pino J. Gucci Topics for Discussion during Launch June 19-21st, dated 6/16/07 | Px. 118 | |
| Px. 112 | 6/24/07 E-mail from M. Pino to Veratex Re: JG Meeting Summary | Px. 119 | |
| Px. 113 | 6/25/07 E-mail from M. Pino to Veratex Re: JG Trademarks | Px. 120 | |
| Px. 114 | 7/2/07 E-mail from M. Pino to Veratex Re: JG Samples for Australia | Px. 121 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 115 | 7/3/07 E-mail from M. Pino to Veratex Re: Veratex Commission and Royalty Agreement | Px. 122 | |
| Px. 116 | 7/10/07 E-mail from M. Pino to A. Cohen Re: JG | Px. 123 | |
| Px. 117 | 7/22/07 E-mail from M. Pino to D. Talbert re Trademark Guidelines | Px. 124 | |
| Px. 118 | 8/2/07 E-mail from Veratex to M. Pino Re: JG Trademarking | Px. 125 | |
| Px. 119 | 8/14/07 E-mail from M. Pino to K. Fisher (copy to A. Cohen) Re: Battle with Gucci | Px. 126 | |
| Px. 120 | 6/11/07 E-mail from K. Fisher to E. Litwak and A. Cohen Re: Final JG License Agreement | Px. 127 | |
| Px. 121 | 3/16/07 E-mail from Greece Company to A. Cohen Re: Interest in JG Line | Px. 128 | |
| Px. 122 | 6/8/07 E-mail from M. Stein (Crestmont) to Veratex Re: JG license for drapery | Px. 129 | |
| Px. 123 | 6/7/07 E-mail from Fairmont Designs to A. Cohen Re: JG Furniture | Px. 130 | |
| Px. 124 | 3/20/07 E-mail from Dale to A. Cohen re Louisville Bedding Co. Samples Sent | Px. 131 | |
| Px. 125 | 3/6/07 E-mail from A. Cohen to M. Pino re J. Gucci Fold Foil Instructions | Px. 133 | |
| Px. 126 | 2/15/07 Letter from M. Pino to G. MacNamara re Gucci bedding potential | Px. 134 | |
| Px. 127 | 3/19/07 E-mail from A. Cohen to M. Pino re J. Gucci in China | Px. 135 | |
| Px. 128 | 4/5/07 Letter from J. Jia to Mattress Resources (attn: D. Nelson) re Supply to China | Px. 136 | |
| Px. 129 | 4/5/07 Veratex/Therapedic Meeting Agenda | Px. 137 | |
| Px. 130 | 5/3/07 Letter from M. Pino to D. Talbert re Brand Awareness | Px. 138 | |
| Px. 131 | 5/3/07 E-mail from M. Pino to RKF re Legal Judgment | Px. 139 | |
| Px. 133 | 5/31/07 Letter from S. Cho to M. Pino enclosing CD's with bed top patterns | Px. 140 | |
| Px. 134 | 6/4/07 Letter from M. Pino to P. Watt enclosing CD's with Gucci Artwork | Px. 141 | |
| Px. 135 | 6/6/07 E-mail from Jeffrey to M. Pino re Banners | Px. 142 | |
| Px. 136 | 6/6/07 E-mail from M. Pino to G. Sammons re Follow Up | Px. 143 | |
| Px. 137 | Cross-Marketing pamphlet titled "Jennifer Gucci - Collezione Di Casa" | Px. 144 | |
| Px. 138 | 6/16/07 table titled J. Gucci Topics for Discussion During Launch June 19-21st | Px. 145 | |
| Px. 139 | 6/6/07 E-mail from M. Pino to D. Talbert re international and domestic markets | Px. 146 | |
| Px. 140 | Undated Sublicense Agreement between Collezione de Casa, Inc. and Sublicensee | Px. 147 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 141 | 6/14/07 E-mail from M. Pino to G. MacNamara and B. Roberts re J. Gucci | Px. 148 | |
| Px. 142 | 6/21/07 E-mail from M. Pino to B. Roberts re AGM & Sales Meeting July 2007 | Px. 149 | |
| Px. 143 | 6/25/07 E-mail from M. Pino to D. Nelson re Gucci | Px. 150 | |
| Px. 144 | 6/25/07 E-mail from M. Pino to D. Talbert re Trademarks | Px. 151 | |
| Px. 145 | June 26, 2007 E-mail from M. Pino to G. Sammons re License Agreement Changes | Px. 152 | |
| Px. 146 | July 3, 2007 E-mail from G. Sammons to M. Pino re Representative Agreement | Px. 153 | |
| Px. 147 | 8/2/07 E-mail from M. Pino to K. Fisher, A. Cohen and D. Talbert re JG Trademarking | Px. 154 | |
| Px. 148 | 8/13/07 E-mail from A. Cohen to D. Talbert re J. Gucci | Px. 155 | |
| Px. 149 | 8/14/07 E-mail from M. Pino to K. Fisher re Update and Hotel/Motel | Px. 156 | |
| Px. 150 | 10/30/07 E-mail from M. Pino to D. Nelson re Gucci | Px. 157 | |
| Px. 151 | 5/8/07 E-mail from today marketing to M. Pino re Interzum Exhibition | Px. 158 | |
| Px. 152 | 6/11/07 E-mail from S. Cho to M. Pino re Gucci Preview | Px. 159 | |
| Px. 153 | 6/28/07 E-mail from N. Sia Meng to M. Pino re Patents | Px. 160 | |
| Px. 154 | 9/12/07 E-mail from H. Guen Moon to M. Pino re Los Angeles Hotel | Px. 161 | |
| Px. 155 | 10/30/07 E-mail from M. Pino to D. Nelson re Gucci | Px. 162 | |
| Px. 156 | Undated J. Gucci cosmetic product sheet showing four collections | Px. 163 | |
| Px. 157 | Photographs of J. Gucci bedding products | Px. 164 | |
| Px. 158 | 8/8/06 Joint Venture Agreement between Capri Films and Television and the Film Capital Partners Ltd. | Px. 165 | |
| Px. 159 | 11/29/06 Assignment Agreement between E. Litwak, Capri Films and Lorimont Productions | Px. 166 | |
| Px. 160 | Agreement between J. Gucci concerning the book *The Gucci Wars* | Px. 167 | |
| Px. 161 | *The Gucci Wars* By J. Gucci | Px. 168 | |
| Px. 162 | Draft Agreement between Gigapix Studios and J. Gucci | Px. 169 | |
| Px. 163 | Proposal for the Forgotten Gucci Cookbook | Px. 170 | |
| Px. 164 | Gemma Gucci International Sheet | Px. 171 | |
| Px. 165 | Rebel Gucci Sheet | Px. 172 | |
| Px. 166 | Rebel Gucci With G. Gucci Sheet | Px. 173 | |
| Px. 167 | 7/27/05 letter from Dec-Munro Entertainment, LLC to We, Women's Entertainment | Px. 174 | |
| Px. 168 | Draft letter agreement from We, Women's Entertainment to BCII Production | Px. 175 | |
| Px. 169 | Rebel Gucci Revenue Projections | Px. 176 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 170 | 12/2/05 e-mail between J. Shields and E. Litwak concerning Rebel Gucci Budget | Px. 177 | |
| Px. 171 | 7/18/05 e-mail between E. Litwak and G. Gucci regarding wine | Px. 178 | |
| Px. 172 | 7/21/05 e-mail from E. Litwak to G. Gucci regarding wine | Px. 179 | |
| Px. 173 | 11/17/06 e-mail from E. Litwak to G. Gucci regarding samples | Px. 180 | |
| Px. 174 | 11/17/06 e-mail from G. Gucci to E. Litwak regarding samples | Px. 181 | |
| Px. 175 | 1/15/07 e-mail from G. Gucci to E. Litwak regarding handbags | Px. 182 | |
| Px. 176 | 1/31/07 e-mail from G. Gucci to E. Litwak regarding handbags | Px. 183 | |
| Px. 177 | 6/11/07 e-mail from E. Litwak to G. Gucci regarding various | Px. 184 | |
| Px. 178 | Handbag photographs | Px. 185 | |
| Px. 179 | 11/19/07 e-mail from G. Gucci to E. Litwak regarding Phoenix Fashion Show | Px. 186 | |
| Px. 180 | 2/17/04 License Agreement between Harrow Enterprises and Renaissance Corp. | Px. 187 | |
| Px. 181 | 4/21/05 letter from E. Litwak to Renaissance Corp. | Px. 188 | |
| Px. 182 | 9/28/05 License Agreement between E. Litwak & Associates and G. Gucci Wines | Px. 189 | |
| Px. 183 | Photographs of G. Gucci wine bottles | Px. 190 | |
| Px. 184 | 3/20/07 e-mail from E. Litwak to R. Gazlay regarding G. Gucci wines | Px. 191 | |
| Px. 185 | 4/13/07 letter from E. Litwak to G. Gucci Wines | Px. 192 | |
| Px. 186 | 4/24/07 e-mail from E. Litwak to R. Gazlay regarding G. Gucci wines | Px. 193 | |
| Px. 187 | 8/24/07 e-mail from E. Litwak to R. Gazlay regarding G. Gucci wines | Px. 194 | |
| Px. 188 | G. Gucci Wine business expense sheet as of 9/30/07 | Px. 195 | |
| Px. 189 | G. Gucci ice cream labels | Px. 196 | |
| Px. 190 | CD containing G. Gucci ice cream news story | Px. 197 | |
| Px. 191 | 11/14/07 e-mail from E. Litwak to G. Gucci regarding licensing | Px. 198 | |
| Px. 192 | 11/14/07 letter from E. Litwak to DeRiera Corporation | Px. 199 | |
| Px. 193 | 2/16/06 letter from E. Litwak to San Long International | Px. 200 | |
| Px. 194 | 1/5/05 Scope of Service document for G. Gucci Coffee and Gelato | Px. 201 | |
| Px. 195 | Statement of work for G. Gucci Coffee and Gelato | Px. 202 | |
| Px. 196 | Arizona corporation status sheet for Serenata LLC | Px. 203 | |
| Px. 197 | Arizona corporation status sheet for Segreto By Jen Gucci LLC | Px. 204 | |
| Px. 198 | 9/21/05 letter from E. Litwak to ISM Corporation | Px. 205 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 199 | Veratex graphic designs regarding J. Gucci products | Px. 206 | |
| Px. 200 | Veratex graphic designs regarding J. Gucci products | Px. 207 | |
| Px. 201 | Veratex graphic designs regarding J. Gucci products | Px. 208 | |
| Px. 202 | Veratex graphic designs regarding J. Gucci products | Px. 209 | |
| Px. 203 | Group exhibit of materials provided by E. Litwak to Veratex regarding J. Gucci | Px. 210 | |
| Px. 204 | Photograph of GUCCI Repeating GG Design | Px. 25 | |
| Px. 205 | Photograph of GUCCI Word Mark | | |
| Px. 206 | Certified Copy of GUCCI Trademark Registration Number 876,292 | | |
| Px. 207 | Certified Copy of GUCCI Trademark Registration Number 959,338 | | |
| Px. 208 | Certified Copy of GUCCI Trademark Registration Number 972,078 | | |
| Px. 209 | Certified Copy of GUCCI Trademark Registration Number 1,093,769 | | |
| Px. 210 | Certified Copy of GUCCI Trademark Registration Number 1,140,598 | | |
| Px. 211 | Certified Copy of GUCCI Trademark Registration Number 1,168,477 | | |
| Px. 212 | Certified Copy of GUCCI Trademark Registration Number 1,168,922 | | |
| Px. 213 | Certified Copy of GUCCI Trademark Registration Number 1,169,019 | | |
| Px. 214 | Certified Copy of GUCCI Trademark Registration Number 1,200,991 | | |
| Px. 215 | Certified Copy of GUCCI Trademark Registration Number 1,202,802 | | |
| Px. 216 | Certified Copy of GUCCI Trademark Registration Number 1,321,864 | | |
| Px. 217 | Certified Copy of GUCCI Trademark Registration Number 1,340,599 | | |
| Px. 218 | Certified Copy of GREEN-RED-GREEN Trademark Registration Number 1,122,780 | | |
| Px. 219 | Certified Copy of GREEN-RED-GREEN Trademark Registration Number 1,123,224 | | |
| Px. 220 | Certified Copy of GREEN-RED-GREEN Trademark Registration Number 1,483,526 | | |
| Px. 221 | Certified Copy of REPEATING GG Trademark Registration Number 2,680,237 | | |
| Px. 222 | Certified Copy of REPEATING GG Trademark Registration Number 3,072,547 | | |
| Px. 223 | Certified Copy of REPEATING GG Trademark Registration Number 3,072,549 | | |
| Px. 224 | Certified Copy of the Trademark File Wrapper for JENNIFER DESIGNED BY JENNIFER GUCCI Application Number 76/228,124 | | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 225 | Certified Copy of the Trademark File Wrapper for COLLEZIONE DI JENNIFER GUCCI Application Number 75/446,501 | | |
| Px. 226 | Certified Copy of the Trademark File Wrapper for COLLEZIONE DI JENNIFER GUCCI Application Number 75/446,502 | | |
| Px. 227 | Certified Copy of the Trademark File Wrapper for GEMMA GUCCI Application Number 78/173,379 | | |
| Px. 228 | Certified Copy of the Trademark File Wrapper for GEMMA GUCCI Application Number 78/695,443 | | |
| Px. 229 | Certified Copy of the Trademark File Wrapper for REBEL GUCCI Application Number 78/695,464 | | |
| Px. 230 | Group Exhibit of Gucci Catalogs | | |
| Px. 231 | Group Exhibit of Gucci Unsolicited Media Coverage | | |
| Px. 232 | Group Exhibit of Gucci Ads | | |
| Px. 233 | GUCCI BY GUCCI Book | | |
| Px. 234 | Group Exhibit of Business Week and Nielsen Reports | | |
| Px. 235 | Photographs of Louisville Bedding Product Packaging | | |
| Px. 236 | 7/26/07 letter from B. Jaffe to L. Ederer regarding Jennifer Gucci Hosiery Products | | |
| Px. 237 | 7/30/07 Letter from L. Ederer to B. Jaffe regarding Lawsuit | | |
| Px. 238 | 7/30/07 Letter from B. Jaffe to L. Ederer regarding Jennifer Gucci Hosiery Products | | |
| Px. 239 | 7/31/07 Letter from E. Litwak to B. Jaffe regarding Termination of Jennifer Gucci license | | |
| Px. 240 | Nevada Corporation Status Sheet for Gemma Gucci Wines, Inc. | Px. 220 | |
| Px. 241 | 8/1/05 Email from E. Litwak to G. Gucci regarding license agreement | Px. 221 | |
| Px. 242 | Patrick Jones web page showing Gemma Gucci Wines bottle design | Px. 222 | |
| Px. 243 | Nevada Corporation Status Sheet for Gemma Gucci Eye Wear Inc. | Px. 223 | |
| Px. 244 | Nevada Corporation Status Sheet for Gemma Gucci Coffee & Gelato, Inc. | Px. 224 | |
| Px. 245 | Nevada Corporation Status Sheet for Gemma Gucci Gourmet Foods, Inc. | Px. 225 | |
| Px. 246 | Nevada Corporation Status Sheet for De Riera for Gemma Gucci Inc. | Px. 226 | |
| Px. 247 | Myspace pages showing Gemma Gucci handbag line | Px. 229 | |
| Px. 248 | 11/19/07 Email from G. Gucci to E. Litwak regarding Phoenix Fashion Week | Px. 230 | |
| Px. 249 | 12/11/07 Email from R. Sizemore to G. Gucci regarding licensing | Px. 232 | |
| Px. 250 | 2/28/08 Letter from E. Litwak to V. Volpi regarding buyout | Px. 238 | |

| Exhibit No. | Description of Exhibit | Deposition Exhibit Reference | Objections |
|---|---|---|---|
| Px. 251 | 3/11/08 Email from E. Litwak to C. Judet regarding proposal | Px. 239 | |
| Px. 252 | Video of Gemma Gucci Handbag Show | Px. 228 | |
| Px. 253 | 5/31/07 Email from J. Gucci to A. Cohen regarding toiletries | | |
| Px. 254 | 7/5/07 Email from D. Elan to J. Gucci regarding product samples | | |
| Px. 255 | 11/11/07 Letter from R. Sizemore to E. Litwak regarding license | | |
| Px. 256 | 11/12/07 Email from E. Litwak to R. Sizemore regarding letter | | |
| Px. 257 | 12/3/03 License Agreement between Harrow Enterprises and Gemma Gucci Gourmet Food, Inc. | | |
| Px. 258 | 12/3/03 License Agreement between E. Litwak and De Riera for Gemma Gucci Inc. | | |
| Px. 259 | Group exhibit of checks showing payment to E. Litwak and/or D. Lee from Gemma Gucci Gourmet Food Inc. and De Riera for Gemma Gucci, Inc. | | |
| Px. 260 | 2/14/08 Email from E. Litwak to J. Macaluso regarding lawsuit against Gucci | | |
| Px. 261 | 3/29/08 Email from J. Macaluso to G. Gucci regarding documents | | |
| Px. 262 | 4/1/08 Email from G. Gucci to J. Macaluso regarding forged documents | | |
| Px. 263 | 5/1/08 Letter to J. Macaluso from Arizona Attorney General's Office | | |

Dated:  New York, New York
        June 17, 2008

Respectfully submitted,

ARNOLD & PORTER LLP

By: _____

Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
399 Park Avenue
New York, New York 10022
(212) 715-1000

*Attorneys for Plaintiff Gucci America, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— X

GUCCI AMERICA, INC.,

                Plaintiff,

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN-
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

                Defendants.

———————————————————————— X

Civil Action No. 07 CV 6820
(RMB)(JCF)

**Defendants' Proposed
Trial Exhibit List**

      Defendants JENNIFER GUCCI, JENNY GUCCI COFFEE AND GELATO COMPANY,

INC., EDWARD LITWAK doing business as ED LITWAK & ASSOCIATES, and GEMMA

GUCCI (the "Defendants"), by and through their attorneys, Harrington, Ocko & Monk, LLP,

identify the following proposed trial exhibit list:

| Defendants' Proposed Trial Exhibit No. | Document Description |
|---|---|
| 1 | Gucci Wars, by Jennifer Gucci (2008) |
| 2 | Gucci: A House Divided, by G. McKnight(1987) |
| 3 | The House of Gucci, by S. Forden (2000) |
| 4 | Daily Express Article, dated June 9, 1981 |
| 5 | Hartford Courant Article, May 29, 1981 |
| 6 | February 12, 1982 Article, and February 14, 1982 Invitation |
| 7 | Woman Today Article, October 6, 1986 |
| 8 | West Australian Article, December 2, 1989 |
| 9 | Sunday Express Article, June 17, 1990 |

| Defendants' Proposed Trial Exhibit No. | Document Description |
|---|---|
| 10 | Judge Conner's June 17, 1988 Decision, Plt. Dep. Exh. 16 |
| 11 | Judge Conner's July 13, 1988 Decision, Plt. Dep. Exh. 15 |
| 12 | Judge Conner's Jan. 13, 1994 decision, Plt. Dep. Exh. 17 |
| 13 | Paolo Gucci Int. Hotels, Ltd documents |
| 14 | NY Times Article, April 1994, Plt. Dep. Exh. 93 |
| 15 | NY Post Article, Nov. 13, 1992 |
| 16 | Daily Telegraph Article, Oct. 16, 1995 |
| 17 | Daily News Article, Sept. 10, 1995 |
| 18 | NY Post Article, March 29, 1993 |
| 19 | Daily News Article, Dec. 4, 1991 |
| 20 | Hello Magazine Article, July 17, 1993 |
| 21 | New York Observer Article, Oct. 2, 1995 |
| 22 | Daily Telegraph Article, Oct. 18, 1995 |
| 23 | License Agreement, Plt. Dep.Exh. 3 |
| 24 | DVD of 2000 German Television Show of J. Gucci |
| 25 | Decision, Regional Court, Hamburg Germany, April 19, 2000 Plt. Dep. Exh. 212 |
| 26 | Joint Venture Agreement, Plt. Dep. Exh. 165 |
| 27 | Assignment Agreement, Plt. Dep. Exh. 166 |
| 28 | Agreement, March 3, 2000, Plt. Dep. Exh. 12 |
| 29 | Sketches, Plt. Dep. Exh. 213 |
| 30 | Emails from Gemma Gucci, Plt. Dep. Exh. 234 |
| 31 | Emails from Gemma Gucci, Plt. Dep. Exh. 235 |
| 32 | Email from Gemma Gucci, Plt. Dep. Exh. 183 |
| 33 | Litwak Facsimile, Plt. Dep. Exh. 20 |
| 34 | Litwak Letter to Cohen, Plt. Dep. Exh. 21 |
| 35 | Press Release dated Feb. 2007, Plt. Dep. Exh. 30 |
| 36 | Pictures, Plt. Dep. Exh. 18 |
| 37 | Email April 30, 2007, Plt. Dep. Exh. 41 |
| 38 | Email March 6, 2007, Plt. Dep Exh. 40 |
| 39 | License Agreement, Plt. Dep. Exh. 68 |
| 40 | Email from J. Gucci, Plt. Dep. Exh. 69 |
| 41 | Pictures, Plt. Dep. Exh. 74 |
| 42 | Pictures, Plt. Dep. Exh. 75 |
| 43 | Pictures, Plt. Dep. Exh. 76 |
| 44 | Pictures, Plt. Dep. Exh. 78 |

| Defendants' Proposed Trial Exhibit No. | Document Description |
|---|---|
| 45 | H Magazine Article, Aug. 2003 |
| 46 | Photo Brochure for Rupert Jacino |
| 47 | You Magazine Article, Feb. 24, 2008 |
| 48 | Master License, Plt. Dep. Exh. 6 |
| 49 | License Agreement, Plt. Dep. Exh. 8 |
| 50 | Gucci Movie Project Proposal, Plt. Dep. Exh. 13 |
| 51 | Rights Agreement, Plt. Dep. Exh. 14 |
| 52 | Email from Marc Yeh, Plt. Dep. Exh. 34 |
| 53 | Proposal for TV Show Rebel Gucci, Plt. Dep. Exh. 172 |
| 54 | Outline for TV Show Rebel Gucci, Plt. Dep. Exh. 173 |
| 55 | Letter or terms, Plt. Dep. Exh. 174 |
| 56 | Draft letter regarding Rebel Gucci TV Show, Plt. Dep. Exh. 175 |
| 57 | Litwak Email, Plt. Dep. Exh. 179 |
| 58 | Litwak Email, Plt. Dep. Exh. 180 |
| 59 | Gemma Gucci Email, Plt. Dep. Exh. 181 |
| 60 | Litwak Letter, Plt. Dep. Exh. 188 |
| 61 | License Agreement, Plt. Dep. Exh. 189 |
| 62 | Litwak Letter, Plt. Dep. Exh. 192 |
| 63 | Business Expense Summary, Plt. Dep. Exh. 195 |
| 64 | Litwak Email, Plt. Dep. Exh. 198 |
| 65 | Litwak Letter, Plt. Dep. Exh. 199 |
| 66 | Gemma Gucci Coffee Scope of Work, Plt. Dep. Exh. 201 |
| 67 | Litwak Letter, Plt. Dep. Exh. 205 |
| 68 | NY Times Article, Oct. 14, 1995, Plt. Dep. Exh. 94 |
| 69 | File Wrapper for Trademark Application, Plt. Dep. Exh. 97 |
| 70 | Email from J. Gucci, Plt. Dep. Exh. 100 |
| 71 | Presentation for Collezionne Di Casa, Plt. Dep. Exh. 144 |
| 72 | Email from M. Pino, Plt. Dep. Exh. 149 |
| 73 | Email from M. Pino, Plt. Dep. Exh, 157 |
| 74 | Emails from M. Pino, Plt. Dep. Exh. 158 |
| 75 | M. Pino Emails, Plt. Dep. Exh. 160 |
| 76 | J. Gucci Email, Plt. Dep. Exh. 72 |
| 77 | M. Pino Email, Plt. Dep. Exh, 83 |
| 78 | M. Pino Email, Plt. Dep. Exh. 84 |
| 79 | M. Pino Email, Plt. Dep. Exh. 85 |

| Defendants' Proposed Trial Exhibit No. | Document Description |
|---|---|
| 80 | Letter from B. Jaffe, Plt. Dep. Exh. 92 |
| 81 | Email to A. Cohen, Plt. Dep. Exh. 49 |
| 82 | Email to A. Cohen, Plt. Dep. Exh. 50 |
| 83 | Litwak Email, Plt. Dep. Exh. 51 |
| 84 | Elan Email, Plt. Dep. Exh. 53 |
| 85 | Sublicense Agreement, Plt. Dep. Exh. 61 |
| 86 | M. Pino Email, Plt. Dep. Exh. 115 |
| 87 | M. Pino Email, Plt. Dep. Exh. 122 |
| 88 | M. Pino Email, Plt. Dep. Exh. 127 |
| 89 | Express Sunday Article, October 27, 1996 |
| 90 | Plt. Dep. Exh. 210 |

1.    Defendants reserve the right to supplement their proposed Trial Exhibit List prior to the trial of this matter, subject to the Court's Orders.

Dated: White Plains, New York
       June 17, 2008

HARRINGTON, OCKO & MONK, LLP

By:  _____s/John T. Rosenthal_____
     Kevin J. Harrington [KH-5027]
     John T.A. Rosenthal [JR-4819]
     *Attorneys for Defendants Jennifer Gucci,*
     *Jenny Gucci Coffee and Gelato Company,*
     *Inc., Edward Litwak doing business as Ed*
     *Litwak & Associates, and Gemma Gucci*
     81 Main Street, Suite 215
     White Plains, NY 10601
     (914) 686-4800

TO:    Louis Sherman Ederer, Esq.
       John Maltbie, Esq.
       ARNOLD & PORTER, LLP
       *Attorneys for Plaintiff*
       399 Park Avenue
       New York, NY 10022

4

(212) 715-1000

Howard M. Rogatnick, Esq.
271 Madison Avenue, 20th Floor
New York, NY 10019
(212) 692-1896
*Attorneys for Defendants Veratex, Inc.*
*Collezione Di Casa, Inc. and E.L.*
*Erman – Dead Sea Company, Ele*
*Brands Enterprise, Inc., GBN Watch*
*Collection, Inc., and GBN Global*
*Business Network*

R. Kevin Fisher, Esq.
FISHER & KREKORIAN
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA 90403
*Attorneys for Defendants Veratex, Inc.*
*Collezione Di Casa, Inc. and E.L.*
*Erman – Dead Sea Company, Ele*
*Brands Enterprise, Inc., GBN Watch*
*Collection, Inc., and GBN GlobalBusiness Network*
R. Kevin Fisher, Esq.
FISHER & KREKORIAN
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA 90403
*Attorneys for Defendants Veratex, Inc.*
*Collezione Di Casa, Inc. and E.L.*
*Erman – Dead Sea Company, Ele*
*Brands Enterprise, Inc., GBN Watch*
*Collection, Inc., and GBN Global*
*Business Network*

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

5

Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- x

GUCCI AMERICA, INC.,

              Plaintiff,

    - against -

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., VERATEX, INC.,
COLLEZIONE DI CASA, INC., E.L. ERMAN -
DEAD SEA COSMETICS CORP., ELE BRANDS
ENTERPRISE, INC., GBN WATCH
COLLECTION, INC., GBN GLOBAL BUSINESS
NETWORK, EDWARD LITWAK d/b/a ED
LITWAK & ASSOCIATES, GEMMA GUCCI,
GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

              Defendants.

Civil Action No.
07 cv 6820 (RMB) (JCF)

------------------------------------------------------------- x

**EXHIBIT C**

**PLAINTIFF'S DEPOSITION DESIGNATIONS**

1

Plaintiff Gucci America, Inc. ("Gucci") hereby provide the following deposition designations that Gucci intends to use at trial.  Gucci reserves the right to supplement these designations.

## GEMMA GUCCI'S MARCH 21, 2008 DEPOSITION

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 3:9-13 | |
| 11:10-23 | |
| 13:2-20 | |
| 19:23 — 20:8 | |
| 20:9 — 22:19 | |
| 23:7-9 | |
| 23:10 — 24:16 | |
| 27:6-10 | |
| 27:24 — 28:6 | |
| 35:11-15 | |
| 36:15 — 38:8 | |
| 38:18 — 42:15 | |
| 45:24 — 46:6 | |
| 48:8-19 | |
| 49:11 — 50:22 | |
| 51:11-22 | |
| 55:16 — 58:3 | |
| 58:11 — 62:14 | |
| 63:6-9 | |
| 65:25 — 66:9 | |
| 67:2-9 | |
| 67:21 — 69:9 | |
| 70:17-23 | |
| 70:24-25 | |
| 74:7 — 75:11 | |

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 77:11-24 | |
| 78:10 — 80:7 | |
| 82:10 — 83:19 | |
| 83:20 — 84:18 | |
| 85:2-15 | |
| 86:20-23 | |
| 87:18-25 | |
| 88:10 — 89:7 | |
| 90:15 — 91:8 | |
| 92:9-13 | |
| 92:22 — 93:2 | |
| 93:24 — 94:5 | |
| 94:6 — 95:15 | |
| 96:12-17 | |
| 97:4-11 | |
| 97:18 — 99:18 | |
| 99:19 — 100:10 | |
| 100:16 — 102:11 | |
| 102:12-22 | |
| 103:4-22 | |
| 104:5-9 | |
| 104:24 — 105:18 | |
| 105:19-22 | |
| 106:24 — 107:2 | |
| 107:23 — 108:25 | |
| 109:2-10 | |
| 109:18-21 | |
| 110:4 — 17 | |
| 110:25 — 112:5 | |
| 112:9-14 | |

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 112:15 — 113:6 | |
| 113:7 — 115:10 | |
| 116:7 — 118:12 | |
| 118:13 — 119:6 | |
| 120:3 — 121:11 | |
| 121:12 — 122:15 | |
| 122:16-20 | |
| 126:17 — 128:12 | |
| 128:22 — 129:2 | |
| 131:17 — 134:22 | |
| 135:5-11 | |
| 140:15 — 142:17 | |
| 142:23 — 143:13 | |
| 144:6-10 | |
| 145:10 — 146:15 | |
| 150:23 — 151:23 | |
| 153:9-12 | |
| 154:12-19 | |
| 158:2-8 | |
| 158:21-24 | |
| 159:13-20 | |
| 160:24 — 161:11 | |
| 164:9-24 | |
| 165:4-24 | |
| 166:25 — 167:14 | |
| 167:22-25 | |
| 168:17 — 170:9 | |
| 170:20 — 171:5 | |
| 171:18-24 | |
| 172:9 — 174:13 | |

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 175:16 — 176:3 | |
| 176:13-16 | |
| 176:21 — 177:16 | |

## SANDY CHO'S MARCH 13, 2008 DEPOSITION

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 6:17 -20 | |
| 9:14 — 10:2 | |
| 11:3-6 | |
| 12:17-18 | |
| 13:19-22 | |
| 14:1-12 | |
| 16:3-25 | |
| 17:12 — 19:13 | |
| 20:9-17 | |
| 21:5-15 | |
| 26:11 — 29:11 | |
| 29:12 — 31:14 | |
| 32:6-10 | |
| 33:12-18 | |
| 37:23 — 39:10 | |
| 44:16-22 | |
| 48:9-13 | |
| 51:13 — 53:3 | |
| 53:17-23 | |
| 58:4-17 | |

## ED LITWAK'S SEPTEMBER 17, 2007 DEPOSITION

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 14:9 — 15:7 | |

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 15:15-22 | |
| 17:1 — 18:11 | |
| 19:1 — 21:6 | |
| 22:19-23 | |
| 23:7 — 24:1 | |
| 24:3 — 25:15 | |
| 25:20 — 26:3 | |
| 26:20 — 28:3 | |
| 31:14-17 | |
| 32:8-14 | |
| 43:25 — 44:19 | |
| 45:22 — 46:10 | |
| 46:15 — 48:16 | |
| 48:25 — 49:14 | |
| 65:16 — 68:10 | |
| 71:1 — 75:5 | |
| 75:18 — 82:18 | |
| 85:19 — 87:9 | |
| 88:18 — 90:25 | |
| 91:16 — 92:15 | |
| 104:17 — 108:3 | |
| 108:4 — 110:7 | |
| 110:8 — 114:3 | |
| 114:4 — 118:23 | |
| 128:10 — 131:19 | |
| 134:18 — 141:24 | |
| 142:9 — 143:2 | |
| 143:23 — 148:17 | |
| 157:12 — 161:1 | |
| 175:19 — 180:3 | |

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 183:13 — 186:3 | |
| 212:5 — 214:10 | |
| 214:11 — 215:17 | |
| 215:20 — 217:15 | |

## JENNIFER GUCCI'S OCTOBER 12, 2007 DEPOSITION

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 8:9-17 | |
| 8:18 — 9:16 | |
| 9:17 — 10:2 | |
| 10:3-9 | |
| 10:10 — 11:4 | |
| 11:5-18 | |
| 12:9-25 | |
| 13:8 — 14:8 | |
| 17:22-24 | |
| 17:25 — 18:14 | |
| 18:15 — 19:18 | |
| 19:19 — 20:11 | |
| 56:5 — 58:16 | |
| 58:17 — 63:12 | |
| 63:13 — 66:3 | |
| 66:9 — 68:22 | |
| 70:9 — 71:23 | |
| 72:12 — 73:4 | |
| 89:9 — 96:7 | |
| 118:7-24 | |
| 125:17 — 131:16 | |
| 144:23 — 146:18 | |
| 146:19 — 151:6 | |
| 162:24 — 165:13 | |

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 186:18 — 187:18 | |
| 189:25 — 193:6 | |
| 193:7 — 195:2 | |
| 195:3-14 | |
| 195:15 — 196:21 | |
| 196:22 — 198:7 | |
| 198:8-19 | |
| 198:20 — 199:8 | |
| 208:14 — 209:20 | |
| 214:15-17 | |

## ED LITWAK'S MARCH 13, 2008 DEPOSITION

| Gucci's Designations | Defendants' Counter-Designations |
|---|---|
| 15:3 — 17:25 | |
| 18:6 — 19:6 | |
| 20:18 — 22:8 | |
| 40:14 — 43:4 | |
| 43:22 — 46:1 | |
| 46:6-25 | |
| 57:22 — 60:3 | |
| 75:1 — 77:22 | |
| 80:7 — 81:5 | |
| 81:6 — 87:17 | |
| 92:23 — 95:11 | |
| 95:12 — 97:3 | |
| 97:23 — 100:6 | |
| 100:8 — 103:9 | |

Dated:  New York, New York
        June 17, 2008

Respectfully submitted,

ARNOLD & PORTER LLP


By:   _____
      Louis S. Ederer (LE 7574)
      John Maltbie (JM 3658)
      399 Park Avenue
      New York, New York 10022
      (212) 715-1000

      *Attorneys Plaintiff*

9