UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X
GUCCI AMERICA, INC.,
                Plaintiff,

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., VERATEX, INC., COLLEZIONE DI CASA, INC., E.L. ERMAN-DEAD SEA COSMETICS CORP., ELE BRANDS ENTERPRISE, INC., GBN WATCH COLLECTION, INC., GBN GLOBAL BUSINESS NETWORK, EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,
                Defendants.
―――――――――――――――――――――――X

Civil Action No. 07 CV 6820 (RMB)(JCF)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the **Defendants' Memorandum of Law in Opposition to Plaintiff's Motion *in Limine* to Preclude German Court Judgment/Settlement** was sent by United States Postal Service First Class Mail on June 23, 2008 upon:

Louis Sherman Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022

R. Kevin Fisher, Esq.
FISHER & KREKORIAN
3130 Wilshire Boulevard, Suite 200
Santa Monica, CA 90403

Howard M. Rogatnick, Esq.
271 Madison Avenue, 20th Floor
New York, NY 10019

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

Dated: White Plains, New York
         June 23, 2008

                                    s/ Kevin J. Harrington
                                ―――――――――――――――
                                Kevin J. Harrington [KH-5027]