**EXHIBIT "C"**

| | |
|---|---|
| 'm: | "Jenny Gucci" <jennygucci@hotmail.co.uk> |
| . | <avi@veratex.com> |
| Sent: | Friday, March 02, 2007 5:05 AM |
| Subject: | RE: Fw: revisions |

OK Avi that is fine whatever you think will sell better  thats what it is
all about. But you have to admit Jenny looks nice on the Logo, but its no
big deal . Talk to you soon. best j


>From: "Avi Cohen" <avi@veratex.com>
>To: "Shane Springer" <shane@veratex.com>,"Jenny Gucci"
><jennygucci@hotmail.co.uk>,"scott fluke" <scott@veratex.com>,"scott fluke"
><scottveratex@yahoo.com>,"moti katz" <marc@veratex.com>, "dale talbert"
><dale@veratex.com>,"r.kevin fisher neibore" <rkf@fkslaw.net>,"Michael Pino"
><mapino_therapedic@hotmail.com>,"roy designer" <roy@veratex.com>, "Sandy"
><Sandy@veratex.com>,<Sylvia@veratex.com>, "Monica Urbina"
><monica@veratex.com>
>Subject: Fw: revisions
>Date: Thu, 1 Mar 2007 14:22:51 -0800
>
>Hi All ..
>
>This is the final drawing
>
>Avi
>
>
>
>
>
>----- Original Message ----- From: "Marc Yeh" <marc_five@yahoo.com>
>To: <avi@veratex.com>
>Sent: Wednesday, February 28, 2007 6:25 PM
>Subject: revisions
>
>
>>hi avi,
>>
>>please see attached.
>>
>>front:
>>- changed the name to "jenny"
>>- bumped up the size of 800 THREAD COUNT
>>
>>back:
>>- revised the idea that you liked and tried to make the thread count
>>information more obvious by
>    versing out the copy.  i think it could work, what do you think?
>
>>thanks avi, speak with you soon,
>>marc

EXHIBIT
69
9-18-07

69    9/13/2007

><< idea_front.jpg >>

>-- idea_back3a.jpg >>

---
Rate your skiving credentials with our Slack-o-meter
http://www.slack-o-meter.com