# EXHIBIT "D"

**From:** "Jenny Gucci" <jennygucci@hotmail.co.uk>
**To:** <avi@veratex.com>
**Sent:** Wednesday, February 28, 2007 4:20 AM
**Subject:** RE: Fw: jennifer gucci package

Great looking package, I was just wondering why it is not JENNY GUCCI , I
will speak to Ed today if I can to verify this. What do you think? I am
always called Jenny and also other projects that are in the pipeline come
with the tag jenny. Let me know before you go ahead with anything printed,
just in case. Talk soon . best j


>From: "Avi Cohen" <avi@veratex.com>
>To: "Jenny Gucci" <jennygucci@hotmail.co.uk>
>Subject: Fw: jennifer gucci package
>Date: Tue, 27 Feb 2007 19:23:01 -0800
>
>Hi, Jenny.
>
>Attached is a sample of what the packaging will look like.  It's not 100%
>complete; the final version will be sent in a few days.
>
>Avi
>----- Original Message ----- From: "Marc Yeh" <marc_five@yahoo.com>
>To: <avi@veratex.com>
>Sent: Tuesday, February 27, 2007 11:40 AM
>Subject: jennifer gucci package
>
>
>>hi avi,
>>
>>attached, please find the jennifer gucci package with the revisions we
>>spoke about yesterday.
>>
>>- the name 'jennifer gucci' is bolder.
>>- the thread count and fiber content is changed to white.
>>- new back design with photo of jennifer gucci.
>>- a new jennifer gucci signature was crafted.
>>- 'no affiltation to gucci' disclaimer is added.
>>
>>unfortunately, i haven't figured out how to incorporate the QUEEN/KING
>>sticker information yet.
>>however, i hope that at least the design can be shown to reflect where we
>>are with the look and
>>feel.
>>
>>of course, please don't hesitate to call me with any questions and/or
>>comments.
>>
>>thanks, let me know how it goes, and speak with you soon,
>>marc

EXHIBIT
PIF's 100
10/13/09

9/13/2007

>< jgucci_front_a.jpg >>

>< jgucci_front_b.jpg >>

>< jgucci_back.jpg >>

_____

Upload 500 photos a month & blog with your Messenger buddies on Windows Live Spaces. Get yours now, FREE! http://specials.uk.msn.com/spaces/default.aspx

9/13/2007