UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

| | |
|---|---|
| GUCCI AMERICA, INC., | Civil Action No. 07 CV 6820 (RMB)(JCF) |
| Plaintiff, | |
| -against- | |
| JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10, | NOTICE OF MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF TERILYN NOVAK AND JONATHAN MOSS |
| Defendants. | |

_____X

PLEASE TAKE NOTICE that Defendants, JENNIFER GUCCI, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, and GEMMA GUCCI (collectively "Defendants"), hereby move, before the Hon. Richard M. Berman, United States District Judge, United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be set by the Court, for an order *in limine* precluding the testimony of Terilyn Novak and Jonathan Moss during the trial of this action.

PLEASE TAKE FURTHER NOTICE that in support of said motion, Defendants will rely on the Memorandum of Law in Support of Defendants' Motion *In Limine* to Preclude Testimony of Terilyn Novak and Jonathan Moss, and any attachments thereto.

1

Dated: White Plains, New York
       June 24, 2008

                        Respectfully submitted,

                        HARRINGTON, OCKO & MONK, LLP

                              s/ Kevin J. Harrington
                     By: _____
                        Kevin J. Harrington [KH-5027]
                        John T.A. Rosenthal [JR-4819]
                        *Attorneys for Defendants Jennifer Gucci,*
                        *Jenny Gucci Coffee and Gelato Company,*
                        *Inc., Edward Litwak d/b/a Ed Litwak &*
                        *Associates, and Gemma Gucci*
                        81 Main Street, Suite 215
                        White Plains, NY 10601
                        (914) 686-4800

TO:    Louis Sherman Ederer, Esq.
         John Maltbie, Esq.
         ARNOLD & PORTER, LLP
         *Attorneys for Plaintiff*
         399 Park Avenue
         New York, NY 10022
         (212) 715-1000

         Martin Simone, Esq.
         SIMONE & ROOS
         3530 Wilshire Boulevard, Suite 1600
         Los Angeles, CA 90010