UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
GUCCI AMERICA, INC.,                                              Civil Action No. 07 CV 6820
                                                                  (RMB)(JCF)
                            Plaintiff,

        -against-                                                 **CERTIFICATE OF
                                                                  SERVICE**
JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., EDWARD LITWAK
d/b/a ED LITWAK & ASSOCIATES, GEMMA
GUCCI, GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

                            Defendants.
_____X


        I hereby certify that a true and correct copy of the **Notice of Motion of Defendants'**

**Motion *in Limine* to Preclude Testimony of Terilyn Novak and Jonathan Moss** was sent by

United States Postal Service First Class Mail on June 24, 2008 upon:

Louis Sherman Ederer, Esq.                      Martin Simone, Esq.
John Maltbie, Esq.                              SIMONE & ROOS
ARNOLD & PORTER, LLP                            3530 Wilshire Boulevard, Suite 1600
399 Park Avenue                                 Los Angeles, CA  90010
New York, NY  10022


Dated:  White Plains, New York
        June 24, 2008

                                                _____
                                                John T.A. Rosenthal [JR-4819]