UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
──────────────────────────────────────X
GUCCI AMERICA, INC.,

                Plaintiff,

  -against-

JENNIFER GUCCI, JENCO DESIGNS, LLC,
JENNICOR, LLC, JENNY GUCCI COFFEE AND
GELATO COMPANY, INC., EDWARD LITWAK
d/b/a ED LITWAK & ASSOCIATES, GEMMA
GUCCI, GEMMA GUCCI COFFEE AND GELATO
COMPANY, INC., ABC CORPORATIONS 1-10,
and JOHN DOES 1-10,

                Defendants.
──────────────────────────────────────X

Civil Action No. 07 CV 6820
(RMB)(JCF)

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the **Memorandum of Law in Support of Defendants' Motion *in Limine* to Preclude Testimony of Terilyn Novak and Jonathan Moss** was sent by United States Postal Service First Class Mail on June 24, 2008 upon:

Louis Sherman Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY 10022

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA 90010

Dated: White Plains, New York
        June 24, 2008

_____
John T.A. Rosenthal [JR-4819]