**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x

GUCCI AMERICA, INC.,

        Plaintiff,

    - against -

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

        Defendants.

------------------------------------------------------------------ x

Civil Action No.
1:07-cv-6820 (RMB) (JCF)

**SUPPLEMENTAL JOINT**
**PRE-TRIAL STATEMENT**

    Plaintiff Gucci America, Inc. and Defendants Jennifer Gucci, Gemma Gucci and Edward Litwak, d/b/a Ed Litwak and Associates, in accordance with the pre-trial procedures of United States District Judge Richard M. Berman, hereby submit the following estimated times for cross-examination and re-direct examination of their respective trial witnesses in connection with the above captioned litigation.

**I.    Plaintiff's Trial Witnesses**

| Witness | Cross-Examination | Re-Direct Examination |
|---|---|---|
| Jonathan Moss | 45-60 minutes | 30 minutes |
| Terilynn Novak | 45-60 minutes | 30 minutes |
| Avi Cohen | 45-60 minutes | 30 minutes |
| Shane Springer | 30 minutes | 15 minutes |
| Yakov Ergas | 30 minutes | 15 minutes |

- 2 -

| Witness | Cross-Examination | Re-Direct Examination |
|---|---|---|
| Mandy Talbert | 30 minutes | 15 minutes |
| Brian Jaffe | 45-60 minutes | 30 minutes |
| Richard Gazlay | 30 minutes | 15 minutes |
| John Macaluso | 45-60 minutes | 30 minutes |
| Randy Sizemore | 30 minutes | 15 minutes |

**II.    Defendants' Trial Witnesses**

| Witness | Cross-Examination | Re-Direct Examination |
|---|---|---|
| Jennifer Gucci | 90 minutes | 20 minutes |
| Gemma Gucci | 60 minutes | 20 minutes |
| Edward Litwak | 120 minutes | 30 minutes |
| Joseph Oliveri | 30 minutes | 20 minutes |

Dated: June 24, 2008

| ARNOLD & PORTER LLP | HARRINGTON, OCKO & MONK LLP |
|---|---|
| By:     /s John Maltbie    <br>Louis S. Ederer (LE 7574)<br>John Maltbie (JM 3658)<br>399 Park Avenue<br>New York, New York 10022<br>Telephone:  (212) 715-1000<br>*Attorneys for Plaintiff*<br>*Gucci America, Inc.* | By:     /s John T.A. Rosenthal    <br>Kevin J. Harrington (KH 5027)<br>John T.A. Rosenthal (JR 4819)<br>81 Main Street, 2nd Floor<br>White Plains, New York 10601<br>Telephone:  (914) 686-4800<br>*Attorneys for Defendants Jennifer Gucci,*<br>*Gemma Gucci and Edward Litwak, d/b/a Ed*<br>*Litwak & Associates* |