Louis S. Ederer (LE 7574)
John Maltbie (JM 3658)
ARNOLD & PORTER LLP
399 Park Avenue
New York, New York 10022
Phone (212) 715-1000
Fax (212) 715-1399

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ x

| | |
|---|---|
| GUCCI AMERICA, INC., | Civil Action No. 07 Civ. 6820 (RMB) |
| Plaintiff, | |
| - against - | **PLAINTIFF'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF ITS MOTION *IN LIMINE* TO PRECLUDE TESTIMONY OF DEFENDANT JENNIFER GUCCI CONCERNING SPOLIATED EVIDENCE** |
| JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10, | |
| Defendants. | |

------------------------------------------------------------ x

**EXHIBIT A**

# FISHER & KREKORIAN

225 SANTA MONICA BOULEVARD, 12TH FLOOR
SANTA MONICA, CALIFORNIA 90401
(310) 862-1220

PLEASE REPLY TO:
R. KEVIN FISHER

FACSIMILE
(310) 862-1230

July 23, 2007

VIA Email

Louis S. Ederer
Arnold & Porter
399 Park Avenue
New York, NY 10022

Re:   Jennifer Gucci

Dear Mr. Ederer:

I am writing in response to your letter dated July 17, 2007.

Along with this letter I am forwarding a copy of a letter from Jennifer Gucci confirming that she is working with my client. This letter should satisfy your client's curiosity regarding my client's right to use Ms. Gucci's name and persona. Additionally, I am forwarding a copy of a draft of a work in progress of inserts to be placed in sheet sets. Please note that this has not been released to the public and is only being provided to you per your request in an effort to determine what complaints, if any, your client has regarding the draft inserts.

At this time no product bearing Jennifer Gucci's name has yet been sold by or through my client and material related thereto remains under development.

Please advise your client that my client remains ready and willing to meet with them this week in New York or at another mutually convenient time and location to discuss any concerns as we believe that it is in the best interests of all to attempt to resolve any issues at this time.

I look forward to your reply.

Sincerely,

*Kim Fisher*

Kevin Fisher

RKF:de
Enc.

Jennifer Gucci

**To Whom It May Concern:**

, Jennifer Gucci, Paolo Gucci's wife, am involved in designing and consulting with Collezione de Casa, a line of bedding.

I have an agreement with them to use my name in association with the products.

Sincerely,

*[signature: Jennifer Gucci]*

Jennifer Gucci



# COVENTRY

**800 THREAD COUNT • 100% PIMA COTTON**

*Collection of Linens*

*INNER GRACE*

*Throughout my life, I have commissioned some of the most exquisite pieces of linen for my personal collection. These fine pieces of linen, inspirations of beauty, are exceptional objects. Never before have I put forth so much effort in attaining aesthetic perfection and combining it with painstaking craftsmanship.*

INNER GRACE

*Aurelio Grisi is not affiliated with Great America*