UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――X
GUCCI AMERICA, INC.,

           Plaintiff,

-against-

JENNIFER GUCCI, JENCO DESIGNS, LLC, JENNICOR, LLC, JENNY GUCCI COFFEE AND GELATO COMPANY, INC., EDWARD LITWAK d/b/a ED LITWAK & ASSOCIATES, GEMMA GUCCI, GEMMA GUCCI COFFEE AND GELATO COMPANY, INC., ABC CORPORATIONS 1-10, and JOHN DOES 1-10,

           Defendants.
―――――――――――――――――――――――X

Civil Action No. 07 CV 6820 (RMB)(JCF)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the **Reply Memorandum of Law in Further Support of Defendants' Motion *in Limine* to Preclude Testimony of Terilyn Novak and Jonathan Moss** was sent by United States Postal Service First Class Mail on June 30, 2008 upon:

Louis Sherman Ederer, Esq.
John Maltbie, Esq.
ARNOLD & PORTER, LLP
399 Park Avenue
New York, NY  10022

Martin Simone, Esq.
SIMONE & ROOS
3530 Wilshire Boulevard, Suite 1600
Los Angeles, CA  90010


Dated:  White Plains, New York
        June 30, 2008

                                                        _____
                                                        John T.A. Rosenthal [JR-4819]