# Harrington, Ocko & Monk
### A LIMITED LIABILITY PARTNERSHIP
### Attorneys at Law

White Plains Office

**81 Main Street – Suite 215**
**White Plains, NY 10601**
Tel: (914) 686-4800
Fax: (914) 686-4824

John T.A. Rosenthal, Esq.
e-mail: jrosenthal@homlegal.com

New York City Office

**52 Duane Street, 7th Floor**
**New York, NY 10007**
Tel: (212) 227-8004

Reply to White Plains Office



July 18, 2008

**Via UPS Next Day Air**

Hon. Richard M. Berman, USDJ
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Room 650
New York, NY 10007

**MEMO ENDORSED**
*p. 2*

   Re:   Gucci America, Inc. v. Jennifer Gucci, et al
         Civil Action No. 07 CV 6820 (RMB)(JCF)

Dear Judge Berman:

   As Your Honor may recall, our firm represents Defendants Jennifer Gucci, Jenny Gucci Coffee and Gelato Company, Inc., Edward Litwak d/b/a Ed Litwak & Associates, and Gemma Gucci (the "Defendants") in the above-captioned matter.

   There is presently scheduled with the Court a conference on July 22, 2008 at 11:00 a.m. regarding discovery issues as well as other matters in this action.

   We write the Court at this time to request that the presently scheduled July 22, 2008 conference be adjourned until the 23rd or 24th of July due to a conflict with another case in which Mr. Harrington is now required to attend a deposition on July 22nd. We have discussed the matter with Plaintiff's counsel, Louis Ederer, and he has consented to our requesting from the Court an adjournment of the conference to either of those days.

   If the Court is unable to adjourn the July 22nd conference by a day or two, we would respectfully request that the Court push back the time of the conference to the late afternoon on July 22nd, at or around 4:00 or 4:30 p.m., to allow Mr. Harrington to attend the deposition, and then appear at the conference.

Hon. Richard M. Berman, USDJ
July 18, 2008
Page 2

We thank the Court in advance for its patience and consideration in this matter.

Respectfully submitted,

John T.A. Rosenthal

JTR:sg

cc: Louis Ederer, Esq. – Via Facsimile @ (212) 715-1399
Martin Simone, Esq. – Via Facsimile @ (213) 384-8322

---

Application granted. Conference adjourned to 7/23/08 at 9:30 a.m.

SO ORDERED:
Date: 7/21/08

Richard M. Berman, U.S.D.J.