**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

SDNY    1:07-cv-06820-RMB-JCF

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 12th day of August, two thousand and ten,

GUCCI AMERICA, INC.,

    APPELLEE,

    v.

JENNIFER GUCCI, ET AL.

    APPELLANTS.

ORDER
Docket Number: 09-3750-CV

*FILED AUG 12 2010 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT*

A notice of appeal was filed on 09/03/2009. Appellant`s brief and appendix, due 07/14/2010, has not been filed. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective 09/03/2010 if the brief and appendix are not filed by that date. No extension of time to file will be granted.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Nov. 19, 2010
```

For the Court:
Catherine O`Hagan Wolfe, Clerk



Deborah A. Holmes, Deputy Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 11/19/2010**